**NEW YORK INSTITUTE OF TECHNOLOGY**

*Office of the Associate Provost for Student Engagement & Development*

October 9, 2025

Dear Amari,

Thank you for providing the June 17, 2025 letter from your physician and for the additional information regarding proposed resolution of your spring 2025 term. Given the number of open items we need to address, we have separated each out for clarity.

1) **Medical Withdrawal for Spring 2025**

    Since, in compliance with federal regulations, your status was "never attended" in each of your courses for the term, there is no tuition charge on your account, and accordingly Dewar's will not refund any tuition charges. However, they have indicated your potential eligibility for a spring housing refund. (Please see #2 regarding explanation of your "never attended" status.)

    As you may recall from your Fall 2024 Dewar's submission, you must complete Step I of both the Medical Authorization Form (in which your physician will need to complete Step II), and the Student Information Release, (which you will submit to the Office of the Registrar for completion of Step II). Please let us know if you have questions in completing the forms.

2) **Never Attended Status for Spring 2025**

    The institution is subject to federal financial aid (Title IV) laws and regulations regarding your status. As you know, you received federal financial aid for the spring term.

    Federal law requires that a student's financial aid eligibility be determined based on a student's attendance and participation in an academic course. This includes precise rules on the calculation of attendance and grading in a course. Federal rules require that if no records of a student's *academic* attendance exist, the student is considered not to have begun classes for Title IV program purposes and never to have established eligibility for Title IV funds.

    The institution went through each of your course records and correspondence. There are no records of you attending any course, engaging in any academic-related activity, or doing more than logging into your online course. Simply logging in does not count under federal regulations as an academically related activity for attendance purposes. Similarly, requesting to take or reschedule exams, miss classes, receive accommodations or extensions, or other logistical questions to faculty do not count as academically related activities under federal regulations.

    Because of your "never attended" status, NYIT has returned to the government all of the federal funds received on your behalf, including the excess amount which was paid to you by NYIT (termed a "refund" on your bursar account), and you are still responsible for returning that excess to NYIT.

**NEW YORK INSTITUTE OF TECHNOLOGY**

*Office of the Associate Provost for Student Engagement & Development*

3) **Housing Deposit Refunds for Summer and Fall 2025**
The deposits made for these terms were in accordance with New York Tech policies, and there is no basis under our policies for a refund. This is particularly true for your summer housing deposit, as New York Tech was unable to rent the room in which your belongings were left for the summer, and staff had to clear the room for fall occupancy. Therefore, these charges will remain on your account.

4) **Your Open FERPA Request**
We have not heard back from you regarding your open FERPA request. If you will please confirm you are not local or able to access the records on campus and are seeking electronic copies? Based on the volume of your record and the corrections it has undergone, the institution will need the full 45 days to provide you with the records (many of which you already have access to online through the my.nyit portal). Please confirm if you agree to receiving the remaining records via secure email(s) on or about October 24th.

5) **Your Mail**
New York Tech has confirmed with FoundStudy (the company which manages the residence hall building) that the mail notifications you received recently were in error. This was a result of FoundStudy residential staff members not updating the system when mail or packages were returned to sender. Upon inspection, neither New York Tech, nor FoundStudy, are in current possession of any of your mail. As stated previously to you, all your mail has been returned to sender in accordance with New York Tech and FoundStudy policies. Please note that New York Tech residence life staff has no access to the mail system; FoundStudy handles all the mail.

6) **Your Belongings**
We would like to reunite you with your personal effects, however we need your cooperation to do so. As we have informed you, your belongings are at our Jericho, Long Island residence hall. We need you to come retrieve, or make arrangements for their retrieval, before the end of this calendar year. Please advise as to your availability for this to occur.

Sincerely,

*Tiffani Hinds*

Tiffani Hinds, Ed.D.
Associate Provost for Student Engagement & Development