**NEW YORK INSTITUTE OF TECHNOLOGY**

*Office of the Associate Provost for Student Engagement & Development*

June 30, 2025

Dear Amari,

We have been working with various departments at New York Institute of Technology, including the academic departments, registrar, financial aid, bursar and student life to come up with a plan to get you back on track with your education in a way that is most beneficial to you.  At this point, you have not been able to fully complete any courses in your first year at New York Institute of Technology and will need to start fresh in the Fall 2025. Here is the plan which we think makes the most sense and will benefit you in several ways, as described below.

As you know, you had a medical withdrawal from the Fall 2024 term and received a tuition reimbursement from the Dewar insurance policy.

For the Spring 2025 term, your unofficial transcript currently reflects two UW (Unofficial Withdrawal) and two I (Incomplete) grades.  In fact, you have not completed any work for any of the four courses.  Accordingly, the Incomplete grades are not correct as New York Tech policy provides that an Incomplete is "restricted to cases in which the student has satisfactorily completed a substantial part of the coursework." [Incomplete Grade Policy].  In any event, as you have not completed any of the coursework, you will need to take both courses from the start to get credit for them.  If not, the Incomplete (I) would turn into a Failure (F), and we would like to avoid this result for you.

Working with the Registrar, we have arranged permission for you to apply retroactively for a medical withdrawal from the Spring 2025 term (as you did for the Fall 2024 term).  The withdrawal application, will need to be supported by documentation from a medical provider on official letterhead. A medical withdrawal will allow you to apply to Dewar for a tuition reimbursement.  It will also cancel your summer housing so that the charge will be lifted from your bursar account. New York Tech will need to reimburse a portion of your federal financial aid to the government, but your institutional aid and your private loans will not be affected.

We can then move forward with getting you a fresh start for the Fall 2025 term.  You will need to be advised by Prof. Yoshi Saito and register for fall courses.  With respect to financial aid, as you have been notified, since you did not complete any of the courses in your first year, you have not satisfied the SAP (Satisfactory Academic Progress) requirements, subject to your completion of an SAP appeal.  This SAP result would be the same whether your grades are W, UW, I or F. Appeal approval is not guaranteed.  You have mentioned the possibility of attending only part-time, which is your choice, although we would point out that doing so will slow the process of you completing enough courses to meet the SAP requirements.

If you intend to request an ADA accommodation in connection with your courses or housing in the Fall 2025, you will need to submit the request, with the supporting documentation, in accordance with New York Tech policies and procedures (New York Tech Accessibility Services information). Additionally, since you indicated you would be in the residence hall this summer, your belongings are currently in a room. You will need to decide your housing status for the Fall or retrieve your belongings by no later than Friday, August 15. If you are planning on returning in the fall or decide to vacate the residence hall, please work directly with the Director of Housing, Susan Heim, on these details.



*Office of the Associate Provost for Student Engagement & Development*

Amari, I hope that you will appreciate the time we have spent developing this plan and getting the necessary approvals, which will assist you with both your financial burden and starting on your academic journey anew. We would be happy to meet and discuss this further, but we will need to get the medical withdrawal forms submitted by July 15, 2025.

Thank you,

*Tiffani Hinds*

Tiffani L. Hinds, Ed.D.
Associate Provost for Student Engagement

New York Institute of Technology   Northern Blvd., P.O. Box 8000, Old Westbury, NY 11568-8000   nyit.edu