**Outlook**

**Re: Request for ADA Accommodations**

**From** Helene Schorr <hschorr@nyit.edu>
**Date** Tue 5/6/2025 10:25 AM
**To** Emily Rakers <erakers@nyit.edu>; Amari Moody <amoody@nyit.edu>

Hi Amari,

I am sorry to hear that you are having such a difficult time. I am glad that you reached out. In order to apply for a medical single accommodation, please adhere to the following policy:
https://site.nyit.edu/files/campus_life/CL_MedicalHousingAccommodationPolicy.pdf

If you have any questions about it, please let me know.

In regard to "**Housing protections and flexibility** to avoid disruption during ongoing recovery," I am not sure what you mean by that. You might want to reach out to Susan Heim (Director of Residential Life) about that. Her email is sheim@nyit.edu.

I hope this helps,
Helene


Helene Schorr
Assistant Director of Accessibility Services
Student Engagement and Development
Student Activity Center, Room 307
516.686.4934
hschorr@nyit.edu
Pronouns: She/her/hers


**From:** Emily Rakers <erakers@nyit.edu>
**Sent:** Tuesday, May 6, 2025 10:08 AM
**To:** Amari Moody <amoody@nyit.edu>
**Cc:** Helene Schorr <hschorr@nyit.edu>
**Subject:** RE: Request for ADA Accommodations

Hi Amari,

I'm sorry to hear about the challenging complications as a result from your procedure. Academically, you are already registered and approved for attendance flexibility for disability-related reasons and extensions on assignments, so those will continue this fall.

In terms of housing accommodations, I've cc'd Helene Schorr, who oversees that process and can better provide instructions or information for you.
Best,
Emily

—

**Emily Rakers**
Assistant Director of Accessibility Services
Pronouns: She, Her, Hers
Student Engagement and Development

33 West 60th Street, Room 326
tel: 646.290.6126 | cell: 978.604.2238
erakers@nyit.edu

Twitter | Facebook | Instagram

**NEW YORK INSTITUTE OF TECHNOLOGY**

---

**From:** Amari Moody <amoody@nyit.edu>
**Sent:** Monday, May 5, 2025 11:10 PM
**To:** Emily Rakers <erakers@nyit.edu>
**Subject:** Request for ADA Accommodations

Dear Emily,

I am writing to formally request accommodations under the Americans with Disabilities Act (ADA) due to ongoing, surgically related medical complications that significantly impair my ability to function in a shared living or traditional academic setting.

I underwent **Functional Endoscopic Sinus Surgery (FESS)** on **February 26, 2025** to treat **chronic pansinusitis**, which has resulted in severe complications including:

- **Unpredictable flare-ups** causing debilitating fatigue, head pressure, and sensory overload

- **Neurocognitive dysfunction**, including motor issues, speech delays, and memory lapses

- Frequent **GI disturbances**, necessitating immediate access to a private bathroom

- **Visual and respiratory complications**, worsened by environmental and ambient exposure

Despite efforts to manage my health, I required two consecutive medical withdrawals (Fall 2024 and Spring 2025). I am now requesting:

1. **A medical single room** for Fall 2025 due to the unpredictable nature of my symptoms and the medical necessity of a low-stimulation, private space to manage care.

2. **Extended deadlines, Incompletes, or modified attendance policies** as needed for academic accommodations.

3. **Housing protections and flexibility** to avoid disruption during ongoing recovery.

All supporting documentation—including medical imaging, ER records, symptom logs, and post-surgical treatment history—is available upon request. I am committed to continuing my education while managing my health in a sustainable, supported environment.

Sincerely,
Amari Moody
#1359341