Outlook

## Re: Follow-up to Recent Inquiry

**From** Amari Moody <amoody@nyit.edu>

**Date** Wed 7/30/2025 12:52 PM

**To** Tiffani Hinds <tblake@nyit.edu>

**Cc** NYIT Housing MA <housingma@nyit.edu>

It's not about whether you agree to follow the law or not. It's very black and white. Thank you in advanced for your cooperation and continued patience, the appropriate parties will reach out within the next few weeks to connect with you all about the remaining details.

There has been so many conversations and discussions the past few months without a formal ADA process initiated, but again, your opinion on the matter is dutifully noted.

Get [Outlook for iOS](#)

**From:** Tiffani Hinds <tblake@nyit.edu>
**Sent:** Wednesday, July 30, 2025 9:11:38 AM
**To:** Amari Moody <amoody@nyit.edu>
**Cc:** NYIT Housing MA <housingma@nyit.edu>
**Subject:** Re: Follow-up to Recent Inquiry

Dear Amari,

This acknowledges receipt of your July 28 email.  We do not agree with your allegations.

In my June 30 letter to you, we set out a constructive and beneficial plan for you to request a medical withdrawal and be able to start fresh in September.  We will extend the deadline for receipt of your medical withdrawal forms for the Spring 2025 term to August 6, but that is the absolute last date in order to be able to review the documentation, cancel your summer housing charges, get you registered for the Fall, and renew your housing contract for the Fall, if that is what you decide.  I urge you to consider the details in the June 30 letter (attached) and submit the medical withdrawal documentation as soon as possible.

I look forward to hearing from you and assisting in addressing your spring and fall semester academic and housing decisions.

Thank you,

**Tiffani L. Hinds, Ed.D.**
Associate Provost for Student Engagement & Development
Academic Affairs
Pronouns: *She, Her, Hers*

26 West 61st Street, Room 215, NYC Campus

Student Activities Center, Room 208, Old Westbury Campus
tel: 516.686.1488
email: tblake@nyit.edu

Twitter | Facebook | Instagram

Student Updates for the New York Campuses

Download New York Tech's new security app, Tech Safe, today!

- App Store for Apple
- Google Play Store for Android





*First Scholars Network offers a national model for scaling holistic first-generation student success by engaging and empowering institutions.*

---

**From:** Amari Moody <amoody@nyit.edu>
**Sent:** Monday, July 28, 2025 7:24 PM
**To:** Tiffani Hinds <tblake@nyit.edu>
**Cc:** NYIT Housing MA <housingma@nyit.edu>
**Subject:** Re: Follow-up to Recent Inquiry

Below are a list of the violations relevant to this exchange alone.

"New York Tech/FOUND does not forward mail… remove your belongings… or we will have to remove them." - *Heim*

**Violations**:

- **Mail Obstruction** (18 U.S. Code § 1702 + USPS Policy):
  Refusing to release mail to its rightful recipient when NYIT is in possession of it — and threatening to destroy or RTS mail without providing lawful forwarding options — constitutes interference with federally protected postal property. NYIT is not a USPS facility and is therefore not authorized to unilaterally RTS personal mail without permission or due process.

- **ADA Interference** (42 U.S. Code § 12132 + 28 CFR § 35.130):
  Given known disability context, *withholding mail during medical-related absence* is discriminatory unless clear, accessible retrieval alternatives are provided. There's no

reference to this.

- **Constructive Retaliation**:
Retaining mail and property access in apparent response to ongoing complaints or legal filings adds an **implied punitive component**, increasing exposure to OCR and DOJ retaliation findings.

- "You also need to remove your belongings by August 10…" – *Heim*

- "...retrieve your belongings by August 15 or they will be cleared…" – *Hinds*

**Violations**:

- **Forced Eviction Without Notice or Process**:
There is **no documented notice of formal eviction**, no offer of remote access or proxy retrieval, and no accommodation plan tied to health limitations. This fails housing due process protocols.

- **Denial of Reasonable Modification (ADA Title II)**:
NYIT is aware of your medical impairments (via prior accommodation requests and federal complaints). By refusing to extend property access timelines or offer feasible accommodations, they're violating their obligation to modify standard procedures under **28 CFR § 35.130(b)(7)**.

- **NY Residential Rights Violation**:
Even in campus housing, **tenancy-like property protection laws** in NY State prohibit disposal of personal property without judicial or administrative process. NYIT risks liability for conversion or constructive eviction.

- **OCR Violation – Breakdown in Disability Coordination**:
Under **34 CFR § 104.43 & § 104.44**, universities are required to **coordinate academic and non-academic services** for students with disabilities. These contradictory timelines create procedural confusion that directly harms your ability to access basic rights — especially property, mail, and accommodations.

- **Administrative Negligence**:
These contradictions undermine NYIT's own claims of procedural fairness and indicate internal dysfunction. That's important because OCR, DOJ, and ADA enforcement actions consider breakdowns in internal process to be **systemic violations**, not isolated mishaps.

  "You need to decide your housing status for the Fall or retrieve your belongings." – *Hinds*

**Violation**:

- **False Binary Framing = ADA Violation**:
  The email implies you must **either enroll or forfeit your property** — a coercive framework that violates ADA neutrality. Your medical status or enrollment has **no legal bearing** on your right to retrieve personal items.

- **Constructive Disruption of Educational Access (ADA §504)**:
  The letter pressures the student into multiple administrative actions during a known medical interruption — without a clear, accessible ADA plan in place.

- **FERPA Violations Likely**:
  Discussions of transcript status and grading (UW, I, etc.) made without verified consent could breach **20 U.S. Code § 1232g** (depending on disclosure circulation).

- **Unacknowledged Discrimination Context**:
  The letter fails to acknowledge that **several campus departments** created a hostile and obstructive environment — yet frames the entire withdrawal as neutral or voluntary. That's a **mischaracterization**, especially when institutional obstruction is part of the disability harm narrative.

## 1. No Formal Notice = No Legal Eviction

- An email **is not a legal eviction notice**.

- NYIT is **not a landlord** in the standard legal sense, but once they house you and have your belongings in custody, they must **follow property and ADA-compliant procedures** to remove your stuff — *especially* given your known medical condition and ADA filings.

- A proper notice requires:

  - **Certified delivery**

  - **Clear justification**

  - **Reasonable accommodation exploration**

  - **Accessible options for retrieval**

  They gave you **a date**. They did **not** give you **an accommodation process**, **alternative retrieval options**, or a **waiver for medical hardship**.

## 2. They Failed to Provide Alternative Means of Access or Accommodation

- You're not **medically or logistically** in NY.

- They knew (or *should* have known) this, given:

  - Your ADA filings

  - Your medical documentation

  - Your consistent communication

- **ADA Title II** requires **reasonable modification of policy** when standard procedures would impose hardship on a disabled student.

  "Pick it up by August 15" is **not** a modification — it's a rigid policy that fails the ADA test under **28 CFR § 35.130(b)(7)**.

## 3. They Tied Property Access to Enrollment Status

  "You need to decide your housing status for the Fall or retrieve your belongings..."

This is illegal coercion. Your **housing or enrollment decision** has nothing to do with whether you get your legally owned **mail or personal items**.

## 4. Unlawful Threat of Mail Disposal

- Regardless of their "FOUND policy," they **must comply with federal mail law (18 U.S.C. § 1702)**.

- They cannot destroy, return, or withhold mail without:

  - Verifying recipient authorization

  - Offering forwarding options

  - Providing a secure and documented chain of custody

## 5. Susan's Message Contradicts Hinds'

- Susan gives you an August 10 deadline.

- Hinds gives you an August 15 deadline.

- That contradiction, in context of a documented ADA impairment, equals **institutional confusion that obstructs your rights**.

**From:** Tiffani Hinds <tblake@nyit.edu>
**Sent:** Monday, July 28, 2025 6:10:46 PM
**To:** Amari Moody <amoody@nyit.edu>
**Subject:** Follow-up to Recent Inquiry

Hello Amari,

This confirms that August 15, 2025 is the date by which you need to decide your housing status for the Fall or retrieve your belongings.  With respect to your mail, in accordance with FOUND Study's policy, U.S. mail is only in-bound or Return to Sender (RTS). You will need to pick up your mail by August 15, 2025, or it will be returned to sender and your belongings will be cleared from the room.

Additionally, I am reattaching the letter that I sent to you on June 30. As shared in the letter, we look forward to hearing from you about addressing the spring 2025 semester's pending academic decisions and your plans for the fall.

Thank you,

**Tiffani L. Hinds, Ed.D.**
Associate Provost for Student Engagement & Development
Academic Affairs
Pronouns: *She, Her, Hers*

26 West 61st Street, Room 215, NYC Campus
Student Activities Center, Room 208, Old Westbury Campus
tel: 516.686.1488
email: tblake@nyit.edu

Twitter | Facebook | Instagram

Student Updates for the New York Campuses

Download New York Tech's new security app, Tech Safe, today!

- App Store for Apple
- Google Play Store for Android





*First Scholars Network offers a national model for scaling holistic first-generation student success by engaging and empowering institutions.*

**From:** Tiffani Hinds
**Sent:** Monday, June 30, 2025 2:02 PM
**To:** Amari Moody <amoody@nyit.edu>
**Cc:** Felipe Henao <fhenao@nyit.edu>
**Subject:** Important Update Letter

Dear Amari,

Please see the attached letter.

Thank you,

**Tiffani L. Hinds, Ed.D.**
Associate Provost for Student Engagement & Development
Academic Affairs
Pronouns: *She, Her, Hers*

26 West 61st Street, Room 215, NYC Campus
Student Activities Center, Room 208, Old Westbury Campus
tel: 516.686.1488
email: tblake@nyit.edu

Twitter | Facebook | Instagram

Student Updates for the New York Campuses

Download New York Tech's new security app, Tech Safe, today!

- App Store for Apple
- Google Play Store for Android





*First Scholars Network offers a national model for scaling holistic first-generation student success by engaging and empowering institutions.*