**Outlook**

## Re: ADA Violations & Consistent Delays

**From** Amari Moody <amoody@nyit.edu>
**Date** Fri 6/6/2025 2:37 PM
**To** Melissa Wallace <Melissa.Wallace@nyit.edu>; Tiffani Hinds <tblake@nyit.edu>
**Cc** Tiffani Hinds <tblake@nyit.edu>

Dear Ms. Wallace and Ms. Hinds,

I am formally responding to your recent message, which attempts to close this matter without addressing the substantial documented failures and violations at hand.

Your assertion that "no violations occurred" and that the institution has "complied with its obligations" is demonstrably false based on the record already provided, including:

- Repeated failures to implement ADA-required individualized accommodations post-surgery, despite ongoing health crises clearly disclosed to your offices throughout the semester.
- Financial aid and academic holds being enforced in direct contradiction to federal disability protections.
- Professors either failing to process timely medical withdrawals or taking unilateral actions against medical advice, resulting in damaging transcript entries and SAP penalties.
- Multiple ignored attempts by me to engage Disability Services and your office before these consequences were imposed.
- Critical housing decisions and charges being executed while my health condition remained unresolved and legally protected, with no proper ADA-based consideration or process.

No internal "vetting" process conducted by NYIT absolves the institution from its legal obligations under:

- **Title II of the ADA** (failure to provide equal access to educational programs and services),
- **Section 504 of the Rehabilitation Act** (failure to provide reasonable accommodations),
- and relevant DOE and OCR standards for disability-related protections and grievance handling.

To be clear:
The "meetings" offered were not legally sufficient substitutes for the timely and proactive ADA interventions that should have been provided when my health and academic status were first compromised. NYIT's pattern of neglect and retroactive justification is exactly what is now being escalated to external agencies.

Accordingly, I will not be participating in further informal meetings with NYIT staff while this matter is now under review for legal and regulatory escalation. You may provide any final written institutional position or clarifications via email. This will be entered into the record for federal complaint filings.

I expect all collections, holds, and transcript penalties to be frozen pending full legal review.

Sincerely,
Amari J. Moody

---

**From:** Melissa Wallace <Melissa.Wallace@nyit.edu>
**Sent:** Friday, June 6, 2025 1:38 PM
**To:** Amari Moody <amoody@nyit.edu>
**Cc:** Tiffani Hinds <tblake@nyit.edu>
**Subject:** RE: ADA Violations & Consistent Delays

Hi Amari – I hope this email finds you well.  I am in receipt of your email below.  Unfortunately, many of your demands are not legally permissible.  As you know, New York Tech is required to comply with federal financial aid laws, and the institution has complied with its obligations under relevant disability laws.

There have been numerous offers to meet with you in attempt to explain, and the request have been ignored. Your allegations have been fully vetted with all accused departments.  Unfortunately, your allegations do not support the record and facts. Furthermore, nothing has been discovered to suggest violations occurred here.

Amari, I encourage you to contact the Associate Provost for Student Engagement & Development, Tiffani Hinds, via email to tblake@nyit.edu to learn more about what legally can and cannot be done about your concerns.

If you would like me to be present at the meeting, please let me know and I will make arrangements to attend.


**Melissa D. Wallace, Esq.**
Director, Equal Opportunity and Title IX
Office of Access and Community Engagement
Pronouns: She/Her/Ella

Tower House, Room 106, Long Island
tel: 516.686.1080
melissa.wallace@nyit.edu

Twitter | Facebook | Instagram





**From:** Amari Moody <amoody@nyit.edu>
**Sent:** Thursday, June 5, 2025 11:12 PM
**To:** Melissa Wallace <Melissa.Wallace@nyit.edu>; Tiffani Hinds <tblake@nyit.edu>
**Subject:** Re: ADA Violations & Consistent Delays

Dear Associate Provost Hinds and Ms. Wallace,

This message serves as a formal notice that NYIT has violated my rights under **Title II of the Americans with Disabilities Act (ADA)** and **Section 504 of the Rehabilitation Act**, with direct consequences to my academic record, financial aid eligibility, and housing status.

Despite documented post-surgical disability, multiple email notifications, and formal requests for support spanning from **February through May 2025**, the university failed to uphold any proactive responsibility to ensure timely accommodations, SAP protection, or academic standing remediation.

To be clear:

- I underwent **Functional Endoscopic Sinus Surgery (FESS)** in late February and have experienced continued medical complications since. This was shared in real-time with your Disability Services office and faculty.

- **Fall 2024 and Spring 2025** both meet the threshold for **medical withdrawal or excused retroactive accommodation**, with evidence of impairment in major life functions (cognition, concentration, and physical capacity).

- I made repeated good-faith efforts to alert your institution about my health status, yet:
    - Disability Services never initiated the necessary SAP appeal or accommodation protection process;
    - My **course withdrawal for Spring 2025 (e.g., Professor Kershan)** was never finalized despite the request;
    - I received **no updates regarding my Calculus course**, which was medically disrupted;
    - Financial Aid failed to respond to my outreach regarding Fall 2025 eligibility despite this known context.

This sequence of inaction has directly resulted in:

- An inaccurate SAP calculation citing a **GPA of 0.00 and 59% completion**, which is not only contextually misleading but legally indefensible;

- A housing charge exceeding **$11,000**, which accrued while I was recovering from a medical procedure the university knew about—and failed to act upon;

- A loss of financial aid eligibility and class registration access for Fall 2025.

**None** of these outcomes reflect student negligence. They reflect **institutional failure to act under federal disability compliance standards.**

**My requests are as follows:**

1. Full reversal of SAP ineligibility status based on retroactive disability protections;

2. Immediate restoration of federal financial aid access and course registration privileges;

3. Correction and official processing of course withdrawals for Spring 2025;

4. Full waiver of housing charges tied to the period of documented medical disability;

5. Written confirmation that NYIT acknowledges its responsibility to provide accommodations for post-surgical, ADA-recognized impairments.

Failure to comply with the above will result in formal complaints being submitted to the **Office for Civil Rights (OCR)** and **Department of Education**, in addition to legal action currently being prepared concerning ADA violations, financial harm, and academic obstruction.

Due to my ongoing medical condition and recovery, I may not be responsive to further delays or prolonged discussion. I will make an effort to follow up by the end of next week, but for now, please consider this message a comprehensive and final consolidation of all pending matters.

Sincerely,
**Amari J. Moody**
NYIT ID: 1359341

---

**From:** Melissa Wallace <Melissa.Wallace@nyit.edu>
**Sent:** Tuesday, May 27, 2025 3:32 PM
**To:** Amari Moody <amoody@nyit.edu>
**Subject:** RE: ADA Violations & Consistent Delays

The Office of the President has referred your May 23 email to me, and I am also aware of your recent correspondence with multiple departments throughout the university. I have reviewed those, in addition to your May 16th complaint, included below. In response, you should have received correspondence from Associate Provost Hinds last week, advising you of the progress made into your complaint. It is my understanding you also received direct follow-up from many of the departments you mentioned in your complaint.

The message from the Associate Provost included an offer to meet, and I am pasting it again below for your reference. However, as it appears you are still unclear and needing direction for these matters, please note that **any and all requests for disability-related accommodations should and <u>must</u> be made through the Office of Accessibility Services**. This office exists to ensure the institution's compliance with the various laws applicable to students with disabilities, including the ADA and Section 504.

Please contact the Office of Accessibility Services if you have remaining concerns about your medical condition. They are the appropriate office to work with you and advise you on the measures that can and cannot be taken by the school, including necessary documentation, parameters, etc.

If you would like me to be present at any meeting with them, please let me know and I will make arrangements to attend.

**Melissa D. Wallace, Esq.**
Equity Officer and Title IX Coordinator
Pronouns: She, Her, Ella
Office of Diversity, Equity, Inclusion and Belonging (DEIB)

Tower House, Room 106, Long Island
tel: 516.686.1080
melissa.wallace@nyit.edu

Twitter | Facebook | Instagram





---

**From:** Tiffani Hinds <tblake@nyit.edu>
**Sent:** Friday, May 23, 2025 10:31 AM
**To:** Amari Moody <amoody@nyit.edu>; NYIT Registrar <registrar@nyit.edu>; NYIT Housing MA <housingma@nyit.edu>; Financial Aid <finaid@nyit.edu>; NYIT Office of the Bursar <bursar@nyit.edu>
**Cc:** Felipe Henao <fhenao@nyit.edu>; Serena Netcliff <snetclif@nyit.edu>; Helene Schorr <hschorr@nyit.edu>; Emily Rakers <erakers@nyit.edu>; Felix Fischman <ffischma@nyit.edu>; Donald Kershan <dkershan@nyit.edu>
**Subject:** Re: ADA Violations & Consistent Delays

Dear Amari,

We have investigated the claims and concern you shared via email to several departments on Friday, May 16, 2025. The investigation concluded that there was an appropriate response to each of the claims and concerns you raised.

I have shared with you several updates since Friday, May 16, 2025 to which you have not responded. I welcome the opportunity to meet with you and discuss any outstanding questions, etc., you may have. Please contact me by Wednesday, May 28, 2025 to schedule this meeting.

I look forward to hearing from you, so that we may best assist with your future academic, financial and housing plans.

Sincerely,

**Tiffani L. Hinds, M.S., Ed.M.**

Associate Provost for Student Engagement & Development
Academic Affairs
Pronouns: *She, Her, Hers*

26 West 61st Street, Room 215, NYC Campus
Student Activities Center, Room 208, Old Westbury Campus
tel: 516.686.1488
email: tblake@nyit.edu

Twitter | Facebook | Instagram

Student Updates for the New York Campuses

Download New York Tech's new security app, Tech Safe, today!
- App Store for Apple
- Google Play Store for Android

**NEW YORK INSTITUTE OF TECHNOLOGY**



*First Scholars Network offers a national model for scaling holistic first-generation student success by engaging and empowering institutions.*

---

**From:** Amari Moody <amoody@nyit.edu>
**Sent:** Friday, May 16, 2025 4:44 PM
**To:** NYIT Registrar <registrar@nyit.edu>; NYIT Housing MA <housingma@nyit.edu>; Financial Aid <finaid@nyit.edu>; NYIT Office of the Bursar <bursar@nyit.edu>
**Cc:** Felipe Henao <fhenao@nyit.edu>; Tiffani Hinds <tblake@nyit.edu>; Serena Netcliff <snetclif@nyit.edu>; Helene Schorr <hschorr@nyit.edu>; Emily Rakers <erakers@nyit.edu>; Felix Fischman <ffischma@nyit.edu>; Donald Kershan <dkershan@nyit.edu>
**Subject:** ADA Violations & Consistent Delays

Dear NYIT Administration, Disability Services, Registrar, Housing, and Financial Aid,

As of **Friday, May 16**, I am formally invoking my rights under the **Americans with Disabilities Act (ADA)** and **Section 504 of the Rehabilitation Act** due to the cumulative pattern of **institutional failure** that has placed my academic record, housing status, and financial standing at **immediate risk**.

Despite repeated outreach and the university's documented knowledge of my **post-surgical complications and disability**, the following violations have occurred:

1. **Professor Felix Fischman** submitted a last-minute withdrawal without my consent or any response to my prior emails. This occurred on the last day of Spring 2025 classes — a blatant **ADA violation**.

2. **Professor Donald Kershan** acknowledged my request for withdrawal within the deadline but failed to process it. Instead, a final grade appeared in my portal, suggesting my

medical status was ignored.

3. I attempted to register for a summer course, as advised by Housing and Financial Aid. However, I was blocked by a **Fall 2025 hold**—and while I'm sure this is an easy fix, delayed responses from the appropriate recipients (in this instance, Financial Aid) only worsened my ability to resolve the issue before today's deadline.

4. I emailed **Financial Aid on Tuesday (May 14)** requesting housing support and a **Cost of Attendance adjustment**, with no response received. A follow-up was sent that same day due to urgency.

5. I emailed **Registrar on May 6** inquiring about academic standing. **Two weeks later**, I have yet to receive a response, despite the fact that the inquiry was directly tied to an officially documented **medical withdrawal**.

6. **Disability Services** has been fully aware of my post-surgical medical complications for months, and yet, at no point were **ADA protections or emergency-based accommodations** initiated, discussed, or recommended. That failure is what has directly led to the escalation of this email and the invocation of my legal rights.

7. I have **already submitted my $400 housing deposit**. Housing previously stated that **registering for a summer course** would resolve eligibility concerns. Due to institutional delays, however, **I am now at risk of losing housing** as an out-of-state student, through no fault of my own. If my enrollment status is not updated immediately, I will be pursuing legal protections and requesting full restitution for all consequences resulting from the university's inaction.

This will be the **final notice** before filing formal ADA complaints and requesting federal oversight. I am prepared to provide supporting documentation if needed, but I expect urgent acknowledgment and resolution today.

Sincerely,

**Amari Moody**

**#1359341**