**Outlook**

---

**Re: Urgent Correction & SAP Appeal Request**

---

**From** Amari Moody <amoody@nyit.edu>
**Date** Sat 6/21/2025 11:08 AM
**To**   Yoshi Saito <ysaito@nyit.edu>
**Cc**   Helene Schorr <hschorr@nyit.edu>

You asked a question and I answered it thanks for your time and guidance

Get [Outlook for iOS](#)

---

**From:** Yoshi Saito <ysaito@nyit.edu>
**Sent:** Saturday, June 21, 2025 10:48:18 AM
**To:** Amari Moody <amoody@nyit.edu>
**Cc:** Helene Schorr <hschorr@nyit.edu>
**Subject:** Re: Urgent Correction & SAP Appeal Request

As I wrote to you already, incomplete grades should be made up by repeating each. Let your professor be aware of this.
Other issues are financial aid or housing related and not under my purview. If the financial aid office requires it, we'll come up with your academic plan.

---

**From:** Amari Moody <amoody@nyit.edu>
**Sent:** Friday, June 20, 2025 5:40 PM
**To:** Yoshi Saito <ysaito@nyit.edu>
**Cc:** Helene Schorr <hschorr@nyit.edu>
**Subject:** Re: Urgent Correction & SAP Appeal Request

Dear Mr. Saito,

Thank you for your response. However, I'd like to clarify several urgent points given the lack of institutional alignment on my situation as a disabled, out-of-state student.

1. **Incomplete Grades:**
   Your message is the first formal acknowledgment I've received regarding the two Incomplete grades from Spring 2025. Prior to this, the only reference came from Associate Provost Tiffani Hinds—without any explanation of next steps or requirements. Professors have also expressed uncertainty regarding expectations, which has made timely resolution impossible without institutional direction.

2. **Registration Barriers:**
   Without clear communication from your office, I am unable to identify which courses to retake or how to structure my Summer and Fall registrations accordingly. This directly impacts my ability to comply with financial aid and housing documentation deadlines.

3. **Seasonal Loan Form / Credit Requirements:**
   Financial Aid directed me to complete the seasonal loan request form to determine summer housing eligibility. However, this form requires confirmation of my intended course registration and total credits. As long as registration and incomplete resolution remain unclear, I cannot provide the necessary documentation—resulting in circular delays beyond my control.

4. **Reduced Course Load / Disability Housing Protections:**
   As previously stated, I am currently recovering from surgery with documented neurocognitive and autonomic impairments. A full 12-credit load is not medically advisable for Fall. Housing policy requires enrollment in 12 credits to maintain eligibility, but **disability-based adjustments must be considered under federal accommodation law**. I have yet to receive a meaningful response to my inquiry on how NYIT plans to honor this right.

At this time, I am requesting clear, written guidance on:

- Steps needed to resolve the Spring Incompletes
- Whether reduced course load accommodations will be honored for Fall 2025
- Who is responsible for coordinating this with Financial Aid and Housing

As a student actively seeking to remain in compliance and protect my educational access, I ask that NYIT stop deferring responsibility and instead fulfill its obligations under ADA and Section 504 to provide prompt, coordinated support.

Sincerely,
Amari J. Moody

---

**From:** Yoshi Saito <ysaito@nyit.edu>
**Sent:** Friday, June 20, 2025 4:24 PM
**To:** Amari Moody <amoody@nyit.edu>
**Subject:** Re: Urgent Correction & SAP Appeal Request

Your primary goal right now is to reinstate the financial aid.
The incomplete grades you received from two courses must be made up by repeating those in fall without officially registering.
What do you mean by "reduced course load"? Is it that receiving the financial aid by registering less than 12 credits? If so, I don't have the answer for that.

---

**From:** Amari Moody <amoody@nyit.edu>
**Sent:** Friday, June 20, 2025 1:48 PM
**To:** Yoshi Saito <ysaito@nyit.edu>
**Subject:** Re: Urgent Correction & SAP Appeal Request

Thanks.

It's unclear as to whether or not you're expecting me to either do something else in order to expedite the process, as well as what's needed from me pertaining to the 2 incomplete courses I allegedly received for my Spring Semester (professors don't have a clue as to what's expected of them), and lastly, I hadn't heard back about the email inquiring about reduced courseload accommodations due to living on campus as an out of state student

**From:** Yoshi Saito <ysaito@nyit.edu>
**Sent:** Wednesday, June 18, 2025 8:56 PM
**To:** Amari Moody <amoody@nyit.edu>; Financial Aid <finaid@nyit.edu>
**Subject:** Re: Urgent Correction & SAP Appeal Request

The signed form is attached.

**From:** Amari Moody <amoody@nyit.edu>
**Sent:** Wednesday, June 18, 2025 6:07 PM
**To:** Yoshi Saito <ysaito@nyit.edu>; Financial Aid <finaid@nyit.edu>
**Subject:** Re: Urgent Correction & SAP Appeal Request

Due to provider noncompliance and procedural failure, I am submitting this sworn affidavit in place of a standard physician letter. The University has been made aware of the circumstances of my condition and the surgery at issue. Further records are available upon request.

**From:** Yoshi Saito <ysaito@nyit.edu>
**Sent:** Tuesday, June 10, 2025 11:42 AM
**To:** Amari Moody <amoody@nyit.edu>; Financial Aid <finaid@nyit.edu>
**Subject:** Re: Urgent Correction & SAP Appeal Request

Amari,

I'm sorry to hear that you have been having medical issues in the past semester. Send me a signed SAP form along with your statement. I'll recommend reinstatement of your financial aid and sign the form for you.

Best,
Yoshi Saito
Chair, ECE/CS/IT/NYC

**From:** Amari Moody <amoody@nyit.edu>
**Sent:** Tuesday, June 10, 2025 11:19 AM
**To:** Financial Aid <finaid@nyit.edu>
**Cc:** Yoshi Saito <ysaito@nyit.edu>
**Subject:** Re: Urgent Correction & SAP Appeal Request

When I first requested support for my SAP related concerns, I was under "warning status," and I received no response.

Now that I'm reaching out after receiving the notification about failing to meet SAP requirements, you're asking me to reach out to my Spring instructors that granted incompletes for 2 of my courses.

This email serves as a formal notice of the University's pattern of systemic failure to properly address any and all ADA-related issues pertaining to my medical complications, despite my consistent efforts of reaching out in good faith.

Instead of continuing to shuffle between departments, let me speak very plainly: University policies that fail to effectively address ADA-based needs is an egregious violation that fails to satisfy Department of Education requirements.

Thanks for your time, and I look forward to continuing this discussion at a later time as I'm medically impaired.

Get [Outlook for iOS](#)

---

**From:** Financial Aid <finaid@nyit.edu>
**Sent:** Tuesday, June 10, 2025 9:05:00 AM
**To:** Amari Moody <amoody@nyit.edu>
**Cc:** Yoshi Saito <ysaito@nyit.edu>
**Subject:** Re: Urgent Correction & SAP Appeal Request

Hello Amari,

Thank you for your email. Our records indicate that you are not currently making [Satisfactory Academic Progress](#) (SAP) for financial aid purposes. You were placed in a Warning Status for the Spring 2025 semester. A SAP appeal is not required during the warning probation period; you received financial aid. A notice that you did not meet SAP requirements after the warning period was sent to you on or around June 3 for the Summer 2025 semester. The notice included information regarding the appeal process.

Please note that the SAP policy for financial aid is separate from the Academic Notice and Dismissal Policy, which is administered by the Office of the Registrar. The Office of Undergraduate Academic Advising can assist you with questions regarding your academic standing; a representative will be in contact with you soon.

Although you may have submitted documented medical emergencies, and were previously approved for a medical withdrawal, the courses remain on your academic record as attempted. Grades of I (Incomplete), W (Withdrawn), and Unofficial Withdrawal (UW) are not factored into your cumulative GPA, but they are counted as attempted courses that were not successfully completed. This impacts your SAP status requirements: cumulative GPA, pace and maximum timeframe to degree completion.

You currently have a grade of Incomplete in two of your spring courses. I recommend that you follow up with your instructors and the Office of Accessibility Services to determine what is needed to complete your spring course requirements and discuss any accommodations issues related to the assignments. Your grades in these courses will affect your SAP status.

The instructions to submit a SAP appeal are included on the [SAP Appeal Form](#), available at [https://site.nyit.edu/files/admissions/ADM_SAPAppealForm_Instructions.pdf](#) and summarized below. Submit a completed SAP appeal form and supporting documents to the Financial Aid office.

1. Complete the SAP Appeal Form - you and your Academic Designee must sign the form.
2. Submit a signed written statement explaining the circumstances that prevented you from meeting SAP requirements
3. Submit third-party documentation supporting the circumstances indicated in your appeal statement. If you have submitted documentation to a different New York Tech administrative office, you may give them permission to forward those documents to the Financial Aid office.

You may be required to complete an Academic Plan along with your SAP appeal. The Academic Plan is developed with your Academic Designee and/or Advisor to ensure that you can meet SAP requirements within two semesters. To complete the plan, we must know if you plan to attend in the Summer 2025 semester. Your financial aid can be reinstated if your appeal is successful.

Please [contact us](#) with any questions.

Sincerely,
Tricia Bowman

---

Office of Financial Aid
tel: 516 686-7680
fax: 516 686-7997
[finaid@nyit.edu](mailto:finaid@nyit.edu)

[Twitter](#) | [Facebook](#) | [Instagram](#)

**NEW YORK INSTITUTE OF TECHNOLOGY**

*Please do not send Protected Health Information (PHI) or Personally Identifiable Information (PII) such as social security numbers, bank accounts, tax returns, W2s, etc. through email. Email is not a secure method for providing such information. If required, provide this information through either secured fax, postal mail, or our Secure Document Submission portal [here](#).*

Click [here](#) to view Enrollment Services "How to Videos" and learn about services that you can perform remotely.

---

**From:** Amari Moody <amoody@nyit.edu>
**Sent:** Thursday, June 5, 2025 5:22 PM
**To:** Financial Aid <finaid@nyit.edu>
**Cc:** Yoshi Saito <ysaito@nyit.edu>
**Subject:** Urgent Correction & SAP Appeal Request

Dear NYIT Financial Aid,

I am writing in response to the SAP ineligibility notice sent regarding Summer/Fall 2025. The information in your message is **factually inaccurate**. My GPA and completion rate reflect **documented medical emergencies and ADA-protected complications**—which I formally disclosed beginning in **February 2025** to both Disability Services and Academic Affairs.

Additionally, I **previously inquired about appealing my Academic Standing last semester** and received no response or support, despite multiple follow-ups. I made NYIT aware of my surgical recovery, persistent medical limitations, and the need for accommodations throughout Spring 2025, including via written documentation and formal escalation to Associate Provost Hinds and Disability Services.

Given the circumstances, this outcome should have **automatically triggered an SAP appeal opportunity under federal regulation 34 CFR §668.34**, which requires institutions to allow appeal when disability or health-related interruptions impact academic performance. NYIT's failure to act on my initial outreach has now compounded the damage.

I am formally requesting:

1. Immediate correction of my record to reflect the **previously disclosed medical status** and ADA-protected hardship.

2. Instructions to complete the SAP appeal process, which I intend to submit with medical documentation.

3. Written confirmation that my financial aid for Summer/Fall 2025 will not be permanently canceled until this process is completed in good faith.

I am copying **Yoshi Saito**, my UAP Designee, to initiate the appropriate steps.

Sincerely,
**Amari J. Moody**
NYIT Student ID: 1359341