

UNITED STATES DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS

September 30, 2025

By email only to amoodyjames23@gmail.com

Amari Moody
525 Lexington Avenue
New York, New York 10017

Re:   Case Number 02-25-2503
      New York Institute of Technology

Dear Amari Moody:

On August 13, 2025, the U.S. Department of Education, Office for Civil Rights (OCR) received your complaint against New York Institute of Technology (the Institute).

OCR processes complaints in accordance with its Case Processing Manual (CPM) (February 19, 2025). Section 108(e) of the CPM states that OCR will dismiss a complaint if a signed consent form is required to proceed with an investigation and the consent form has not been provided. When OCR needs to reveal the name of the person who filed the complaint in order to resolve the complaint, that person must give consent in writing.

When OCR acknowledged receipt of your complaint, we provided OCR's consent form and requested that you submit a signed consent form within 20 calendar days.

To date, OCR has not received a signed consent form from you. OCR has determined that it is unable to proceed further with your complaint in the absence of the signed consent form. Therefore, OCR is dismissing your complaint.

You may re-file your complaint if you wish to do so. Please note that, generally, OCR will take action only with respect to complaint allegations that are filed within 180 calendar days of the act of alleged discrimination. Otherwise the complaint may be dismissed for not being filed on time. Please also note that you must submit a signed consent form in a timely manner if you re-file your complaint. For more information on our complaint processing procedures, you may visit our website at www.ed.gov/ocr.

This letter sets forth OCR's determination in an individual OCR case. This letter is not a formal statement of OCR policy and should not be relied upon, cited, or construed as such. OCR's formal policy statements are approved by a duly authorized OCR official and made available to the public. Individuals who file complaints with OCR may have the right to file a private suit in federal court regardless of OCR's determination.

Page 2

We did not notify the Institute of your complaint. Nevertheless, please be advised that the Institute must not harass, coerce, intimidate, discriminate, or otherwise retaliate against an individual because that individual asserts a right or privilege under a law enforced by OCR or files a complaint, testifies, assists, or participates in a proceeding under a law enforced by OCR. If this happens, the individual may file a retaliation complaint with OCR.

Under the Freedom of Information Act, it may be necessary to release this document and related correspondence and records upon request. If OCR receives such a request, OCR will seek to protect, to the extent provided by law, personally identifiable information that, if released, could reasonably be expected to constitute an unwarranted invasion of personal privacy.

If you have any questions, please contact Gini Martin-Hansen, the OCR attorney assigned to this complaint, at 202-987-1803 or gini.martin-hansen@ed.gov.

                                               Sincerely,

                                               Virginia Martin-Hansen
                                               On behalf of, Abony Holmes Alexander
                                               Team Leader