Outlook

**Re: Package Pickup Reminder**

**From** Amari Moody <amoody@nyit.edu>

**Date** Fri 10/3/2025 3:33 PM

**To** nikolas@foundstudy.com <nikolas@foundstudy.com>; Nico Lamas | General Manager FOUND Study Turtle Bay <nico@foundstudy.com>; Susan Heim <sheim@nyit.edu>; NYIT Office of the President <nyitop@nyit.edu>

Something else that's very much illegal 

Get Outlook for iOS

**From:** Amari Moody <amoody@nyit.edu>
**Sent:** Friday, October 3, 2025 1:19:30 PM
**To:** nikolas@foundstudy.com <nikolas@foundstudy.com>; Nico Lamas | General Manager FOUND Study Turtle Bay <nico@foundstudy.com>; Susan Heim <sheim@nyit.edu>; NYIT Office of the President <nyitop@nyit.edu>
**Subject:** Fw: Package Pickup Reminder

So why does Sunday's notification say 47 packages but today's notification showed 25 with the 25 logged rts updates in between? What happened to the remaining 22 packages? There weren't any notifications of them being returned.

Get Outlook for iOS

**From:** FOUND Study Turtle Bay <package-notifications@notifiimail.com>
**Sent:** Sunday, September 28, 2025 12:13:10 PM
**To:** Amari Moody <amoody@nyit.edu>
**Subject:** Package Pickup Reminder

**Caution:** This message originated from an **External Source**. Use proper judgment when opening attachments, clicking links or responding to this email.

Dear Amari Moody,

This is an automated email reminder that you still have 47 packages that need to be picked up from the front office.

YOUHAVEMAILAMARI [US Postal Service] received on 5/8/2025 (143 days ago)
YOUHAVEMAILMOODY [US Postal Service] received on 5/8/2025 (143 days ago)
MAIL838390 [Other] received on 5/12/2025 (139 days ago)
MAIL68586476468468855 [Other] received on 5/13/2025 (138 days ago)
8282929292928 [Other] received on 5/13/2025 (138 days ago)
LETTER 429 [LaserShip] received on 5/15/2025 (136 days ago)
WIEJJENE [Other] received on 5/15/2025 (136 days ago)
DTHETHH [Other] received on 5/16/2025 (135 days ago)

JXIEOJSNJWJWW [DHL] received on 5/22/2025 (129 days ago)
82929299292929292 [Other] received on 5/23/2025 (128 days ago)
5282639100 [DHL] received on 6/27/2025 (93 days ago)
HUEJE [Other] received on 6/27/2025 (93 days ago)
EIEJJEWUWUW [UPS] received on 7/1/2025 (89 days ago)
EIWISJSSJSMW [Other] received on 7/1/2025 (89 days ago)
UWJWJW WNSSJSJS [Other] received on 7/1/2025 (89 days ago)
MIDBMTEIBMETIBMEI [Other] received on 7/5/2025 (85 days ago)
VFEBETHNRH [Other] received on 7/5/2025 (85 days ago)
FYNYRN TR RY [Other] received on 7/5/2025 (85 days ago)
FH FG FG [Other] received on 7/5/2025 (85 days ago)
SOSOJGGY [Other] received on 7/7/2025 (83 days ago)
LETTER646389202 [Other] received on 7/11/2025 (79 days ago)
SKDMWLLW [Other] received on 7/16/2025 (74 days ago)
SISJSJSJ [Other] received on 7/16/2025 (74 days ago)
LETTER 467567 [Other] received on 7/17/2025 (73 days ago)
CIGNAHEALTHCARE [OnTrac] received on 7/21/2025 (69 days ago)
MOUNT SINAI [UPS] received on 7/21/2025 (69 days ago)
LETTERHEHEHWHSUFJRNRHWHWGDBFNFIIUWGSBFN [Other] received on 7/22/2025 (68 days ago)
JGFYTDIHBIHFUGCUYV [DHL] received on 7/29/2025 (61 days ago)
LETTERMOODY [UPS] received on 8/2/2025 (57 days ago)
MOODY LETTEE [Other] received on 8/2/2025 (57 days ago)
LETTERFORMOODYAMARIA [Other] received on 8/2/2025 (57 days ago)
LETTERAMN [Other] received on 8/2/2025 (57 days ago)
LETTERAMM [Other] received on 8/2/2025 (57 days ago)
LTRCC [Other] received on 8/8/2025 (51 days ago)
7283349 [Other] received on 8/11/2025 (48 days ago)
GCNGDJTSTJDNGSNGXNGXNGDJY [Other] received on 8/12/2025 (47 days ago)
WRJFTDUGKHIDYS [Other] received on 8/12/2025 (47 days ago)
MAIL ITYEGUYVEUTVUTV [Other] received on 8/13/2025 (46 days ago)
82828282828 [US Postal Service] received on 8/14/2025 (45 days ago)
6262627272882 [Other] received on 8/17/2025 (42 days ago)
LETTER - M [LaserShip] received on 8/19/2025 (40 days ago)
LETTER - AM [UPS] received on 8/19/2025 (40 days ago)
LETTER LETTER- AM [Other] received on 8/19/2025 (40 days ago)
LETTER8797((97697669798 [Other] received on 8/19/2025 (40 days ago)
JANAJA [DHL] received on 8/21/2025 (38 days ago)
STARBUCKSSS [UPS] received on 8/29/2025 (30 days ago)
LETTERTHFXS [UPS] received on 8/29/2025 (30 days ago)


Please come pick them up at your earliest convenience.


Thank you,

FOUND Study Turtle Bay

This email was sent by FOUND Study Turtle Bay, 525 Lexington Avenue, New York, NY 10017.
Click here to unsubscribe or update your preferences.