Outlook

## Re: Important Follow Up

| | |
|---|---|
| **From** | Amari Moody <amoody@nyit.edu> |
| **Date** | Fri 9/12/2025 1:08 PM |
| **To** | Felipe Henao <fhenao@nyit.edu>; Tiffani Hinds <tblake@nyit.edu> |
| **Cc** | ocr@ed.gov <ocr@ed.gov>; FERPA.Complaints@ed.gov <FERPA.Complaints@ed.gov>; Ombudsman@ed.gov <Ombudsman@ed.gov>; info@dhr.ny.gov <info@dhr.ny.gov>; Civil.Rights@ag.ny.gov <Civil.Rights@ag.ny.gov>; legal@nysed.gov <legal@nysed.gov>; oig.hotline@ed.gov <oig.hotline@ed.gov>; NYIT Office of the President <nyitop@nyit.edu> |

FERPA falsification of transcript (Incompletes → UWs).

ADA/504 retaliation via transcript, aid, housing/property.

Financial aid clawback without SAP disability appeal rights.

1. Transcript Tampering / FERPA Violation

Action: Hinds/Henao declare that Incompletes → will be converted to UWs.

Problem: Faculty approvals for Incompletes existed; Registrar records were altered without notice, access, or amendment opportunity.

Law: 20 U.S.C. §1232g; 34 C.F.R. §99.10 (access) and §99.20–22 (amend inaccurate records).

Severity: High — official transcript falsification is a core FERPA violation.

2. ADA/504 Retaliation

Action: Linking record changes, aid clawback, and belongings removal to your alleged "non-responsiveness."

Problem: Protected ADA activity (medical accommodation requests) triggered adverse academic, financial, and housing actions.

Law: §504 Rehabilitation Act, ADA Title II/III; retaliation prohibited under 34 C.F.R. §100.7(e).

Severity: High — textbook retaliation.

3. Financial Aid Misuse

Action: Aid clawback + bursar charges tied to retroactive transcript edits.

Problem: Federal SAP rules (34 C.F.R. §668.34) require appeal rights where disability interruptions exist. None were offered.

Severity: High — affects Title IV compliance and triggers FSA jurisdiction.

4. Housing / Property Violations

Action: Belongings declared "abandoned" and discarded; storage only "temporary" with no guarantee.

Problem: FHA (42 U.S.C. §3601 et seq.) requires reasonable accommodations for disabled tenants. Disability-related requests were denied; belongings tied coercively to record access.

Severity: High — constructive eviction + discrimination.

5. Misrepresentation of Oversight Compliance

Action: Letter claims changes are "required for compliance with federal and oversight entities."

Problem: Misleading — no federal regulation requires converting Incompletes to UWs or discarding property. This is a false statement used to justify adverse action.

Law: NY GBL §349 (consumer fraud); potential DOE OIG compliance fraud.

Severity: Medium-High — shows bad faith, misrepresentation.

6. Coercive Conditions

Action: Access to belongings/storage conditioned on contacting Hinds after records changes.

Problem: Rights (FERPA access + property return) treated as bargaining chips.

Severity: Medium — coercive procedural avoidance.

7. Conflict of Interest

Action: Hinds responds as decision-maker on records/housing disputes that directly implicate her own conduct.

Problem: Procedural avoidance + denial of impartial FERPA/ADA handling.

Severity: Medium.

---

**From:** Felipe Henao <fhenao@nyit.edu>
**Sent:** Friday, August 22, 2025 2:54 PM
**To:** Amari Moody <amoody@nyit.edu>
**Cc:** Tiffani Hinds <tblake@nyit.edu>
**Subject:** Important Follow Up

Dear Amari,

Please find the letter below on behalf of Associate Provost, Tiffani Hinds.

Sincerely,
Dr. Henao
_____
_____

Dear Amari,

You were sent a letter on June 30, 2025, along with several follow-up communications, informing you of the necessary steps to rectify your spring term grades and get you in a position for fall enrollment. This included the opportunity to medically withdraw from the spring term, provided you followed the procedures and documentation requirements that were given to you.

The deadline for you to provide us the required information has now passed. As a result, the institution must update its records on your status and account to accurately reflect what has transpired. This is also required for the institution to remain compliant with our internal policies and those of federal and other oversight entities.

Your last dates of attendance for all of your spring courses are being reviewed and updated based on the date on which you in fact stopped attending class in each. We anticipate this will result in all four courses being changed to Unofficial Withdrawals in accordance with New York Tech published grading policies and as expressed to you previously.

This means you now have a hold on your account preventing fall registration. You should expect to receive updated information from the Office of Financial Aid and Office of the Bursar in the coming weeks regarding any legally required return of your federal financial aid monies, your updated outstanding balance, and related matters needing attention before any holds can be removed for registration.

Finally, as you were notified several times, your belongings are being removed from the residence hall this weekend. While the perishable and disposable items will be discarded, we will make efforts to find available storage at one of our campuses for a temporary period for your property until you are able to come collect it or it is deemed abandoned. We cannot guarantee timeframes, condition, or items which we have room to store, consistent with our policies calling for disposal.

To take action on any of these items, please contact me at tblake@nyit.edu or (516) 686-1488. The university is limited in what it can do at this point, without your responsiveness, but at the least, we would like to connect you with your personal belongings.

Sincerely,

**Tiffani L. Hinds, Ed.D.**
Associate Provost for Student Engagement & Development
Academic Affairs
Pronouns: *She, Her, Hers*

26 West 61st Street, Room 215, NYC Campus
Student Activities Center, Room 208, Old Westbury Campus
tel: 516.686.1488
email: tblake@nyit.edu