**Outlook**

---

### Re: Mail

---

| | |
|---|---|
| **From** | Amari Moody <amoody@nyit.edu> |
| **Date** | Wed 9/24/2025 5:02 PM |
| **To** | Tiffani Hinds <tblake@nyit.edu> |
| **Cc** | NYIT Housing MA <housingma@nyit.edu>; ocr@ed.gov <ocr@ed.gov>; FERPA.Complaints <ferpa.complaints@ed.gov>; Ombudsman@ed.gov <ombudsman@ed.gov>; info@dhr.ny.gov <info@dhr.ny.gov>; Civil.Rights@ag.ny.gov <civil.rights@ag.ny.gov>; legal@nysed.gov <legal@nysed.gov>; oig.hotline@ed.gov <oig.hotline@ed.gov>; Nico Lamas \| General Manager FOUND Study Turtle Bay <nico@foundstudy.com> |

Oh, it looks like someone continues to overstep their role, yet again, as they're not deemed the custodian of any and every department within the University.

Did I miss where Tiffani Hinds became the director for Accessibility Services, Housing, Financial Aid, Registrar, or anything else? No?

So why is it that you continue to insert yourself in other department-related affairs?

Just because you don't "agree" with whatever title protections or legal statutes that are invoked doesn't all of a sudden mean the world revolves around you.

You don't have any authority or jurisdiction in said matters, nor do you have anything to do with the redistribution of federal funds and that of, say, "never attended" for the very spring courses that you and Henao had a whole meeting with me about as to whether or not incompletes were appropriate given the very same medical complications that were supposed to have been addressed back in January BEFORE the start of the Spring Semester as per the University's automatic hold on my account that Susan Heim herself pointed out?

That can't be the case, right?

I understand it may be difficult to swallow that some people actually have the rights and the spine to be able to say "No Tiffani, that's not going to work," but that isn't really a "me" problem.

Feel free to fast-forward to the part where you try to make unlawful demands like "you have to meet me at said campus by this time and this date" because that's what every bit of this is linked to, right?

Because I'm impaired you want to pick and choose what does or does not get acknowledged and that's how this whole thing works, right?

Wrong.

I am curious as to how this behavior would be translated when *other* federal agencies get involved due to the fact that this very direct interference has led to all type of employment/medical/insurance/government related suspensions, terminations, etc. amongst other things.

Perhaps if you responded to the other emails that were actually relevant to you and your role Miss Hinds, this whole exchange may have been avoided all together. Maybe.

But the University clearly endorses this sort of behavior. Hence why this email isn't just addressed to you.

**From:** Tiffani Hinds <tblake@nyit.edu>
**Sent:** Wednesday, September 24, 2025 3:19 PM
**To:** Amari Moody <amoody@nyit.edu>
**Cc:** NYIT Housing MA <housingma@nyit.edu>
**Subject:** Re: Mail

Dear Amari,

New York Tech is not in possession of your mail, which has been returned to sender per housing policies. Please advise on your availability to retrieve your belongings and schedule your FERPA records review.

Sincerely,

**Tiffani L. Hinds, Ed.D.**
Associate Provost for Student Engagement & Development
Academic Affairs
Pronouns: *She, Her, Hers*

26 West 61st Street, Room 215, NYC Campus
Student Activities Center, Room 208, Old Westbury Campus
tel: 516.686.1488
email: tblake@nyit.edu

Twitter | Facebook | Instagram

Student Updates for the New York Campuses

Download New York Tech's new security app, Tech Safe, today!

- App Store for Apple
- Google Play Store for Android





*First Scholars Network offers a national model for scaling holistic first-generation student success by engaging and empowering institutions.*

**From:** Amari Moody <amoody@nyit.edu>
**Sent:** Tuesday, September 23, 2025 9:50 PM
**To:** NYIT Housing MA <housingma@nyit.edu>; Tiffani Hinds <tblake@nyit.edu>
**Cc:** ocr@ed.gov <ocr@ed.gov>; FERPA.Complaints@ed.gov <FERPA.Complaints@ed.gov>; Ombudsman@ed.gov <Ombudsman@ed.gov>; info@dhr.ny.gov <info@dhr.ny.gov>; Civil.Rights@ag.ny.gov <Civil.Rights@ag.ny.gov>; legal@nysed.gov <legal@nysed.gov>; oig.hotline@ed.gov <oig.hotline@ed.gov>; Nico Lamas | General Manager FOUND Study Turtle Bay <nico@foundstudy.com>; Amari Moody <amoody@nyit.edu>
**Subject:** Re: Mail

So it's been over a month and I still don't have my **fucking mail.** Federal law takes precedence over **one individual joke of a University's housing policies** and that's something that your average **3rd grader knows.**

My surgeon **fucked me up and I have ongoing brain and neurological damage in addition to being high risk for permanent fucking blindness** and everyone in New York acts like an incompetent sack of shit.

I'm really really really really really getting tired of these fucking games everyone keeps playing. Especially since, according to my experiences, I'm smarter than like a majority of the NYIT faculty, apparently?

Sloppy ass screw ups left and right, and I was even kind enough to spell the shit out for y'all and y'all CONTINUE **to not give a fuck.**

Anyways, I require my mail back. The University's in possession of insurance, employment, government disability, and several other important documents.

And you want me to give a fuck about some "policy"? Give me a fucking break.

And every single goddamn person in this email chain better hope that I do get permanent brain, orbital, and neuro damage because that's about the only way your dumbasses aren't going to be slaughtered in court.

Absolutely fucking ridiculous. Playing these stupid bullshit little games and then not replying like this is some sort of dating app or some shit.

Fucking insane to me.

Do your goddamn jobs.

Stop trying to pin your fuck ups on other people's circumstances, it's sickening.

I was a manager for several years so contrary to popular belief, I know how to run a company and wipe everyone's asses simultaneously, that's probably the real reason why I'm so fed up with the fucking excuses.

I don't even have control over the **nerves in my fucking hands,** so **TRUST** when I say that's about the only reason your bitchasses are getting an email at 9:46 pm.

Had about goddamn passed out from lack of oxygen and you bitches want to be behaving as if I'm bugging YOU. I cannot breathe and huffing and puffing like some obese asshole due to severe medical impairment and the faculty wants to ghost me like I'm bothering them. God forbid someone in the fucking state of New York actually does their fucking job.

Fuck y'all.

And no DHR, I do not give a fuck about the fact that y'all do not accept complaints via email. Either you'll get your filled out goddamn portal submission when you do, or you fucking won't. Little hard to care about those kinds of things when you're, I dunno, on life alert since **fucking May** and dealing with useless assholes out the ass since last fucking October. Jesus **fucking** christ.

---

**From:** Amari Moody <amoody@nyit.edu>
**Sent:** Friday, September 12, 2025 1:40 PM
**To:** NYIT Housing MA <housingma@nyit.edu>; Tiffani Hinds <tblake@nyit.edu>
**Cc:** ocr@ed.gov <ocr@ed.gov>; FERPA.Complaints@ed.gov <FERPA.Complaints@ed.gov>; Ombudsman@ed.gov <Ombudsman@ed.gov>; info@dhr.ny.gov <info@dhr.ny.gov>; Civil.Rights@ag.ny.gov <Civil.Rights@ag.ny.gov>; legal@nysed.gov <legal@nysed.gov>; oig.hotline@ed.gov <oig.hotline@ed.gov>
**Subject:** Re: Mail

1) FHA / ADA disability discrimination (housing & property)

Facts: "Remove belongings by Aug 10" (Heim) → "decide housing or retrieve by Aug 15" (Hinds) → tied to non-registration; no storage; discard threat.

Issues: Refusal to reasonably modify policies (storage, proxy pickup, extended window) despite known disability/absence; shifting, arbitrary deadlines.

Law: FHA 42 U.S.C. §3604(f); §504; ADA Title II/III; 28 C.F.R. §35.130(b)(7).

2) Retaliation for protected activity

Facts: Coercive deadlines and "discard" threats issued after you invoked ADA/504/FERPA and challenged handling.

Law: §504 retaliation; 34 C.F.R. §100.7(e).

3) Coercive "medical withdrawal / start fresh" plan

Facts: Hinds extends deadline to Aug 6 to submit medical withdrawal "to cancel summer charges, get registered, renew housing," framing it as the only path.

Issues: Conditioning core rights/benefits on forfeiting existing accommodations and record accuracy; leveraging aid/housing to force a withdrawal.

Law: ADA/§504 interference/retaliation; unfair/deceptive practice (NY GBL §349).

4) Mail obstruction / improper RTS policy

Facts: "FOUND does not forward mail… pick up by Aug 15 or it will be returned;" refusal to forward despite disability and out-of-state status.

Issues: Withholding mail in custody; RTS without recipient authorization or reasonable accommodation; may impede benefits/official notices.

Law: 18 U.S.C. §1702; ADA/§504 (reasonable modification to access mail).

5) FERPA access/spoliation risk (records inside "belongings" + logs)

Facts: Threats to "clear" room; mail/housing logs and property chain-of-custody notes relate directly to you and are maintained by the institution.

Issues: Risk of destroying education records after your rights were invoked; failure to offer reasonable, remote/electronic access.

Law: FERPA 20 U.S.C. §1232g; 34 C.F.R. §99.10(d) (reasonable means of access where in-person is not feasible).

6) Arbitrary, conflicting deadlines (Aug 10 vs Aug 15)

Facts: Heim vs. Hinds conflicting dates; later Aug 21 in another message.

Issues: Confusion that predictably prejudices a disabled student; evidence of non-individualized, inconsistent enforcement.

Law: ADA/§504—failure to engage in an individualized, interactive process.

---

**From:** NYIT Housing MA <housingma@nyit.edu>
**Sent:** Wednesday, July 23, 2025 2:47 PM
**To:** Amari Moody <amoody@nyit.edu>
**Subject:** RE: Mail

Hi Amari,

Thank you for your email. New York Tech/FOUND does not forward mail. You also need to remove your belongings from the room you moved them to by August 10th or we will have to remove them. The room needs to be prepared for students moving in for the fall semester.

Thank you,
Susan

___

Susan Heim
Director of Residence Life
Office of Student Life
Pronouns: She, Her, Hers


525 Lexington Ave, 2nd floor (across from the gym), New York City Campus
tel: 212.261.1727
sheim@nyit.edu

Twitter | Facebook | Instagram

# NEW YORK INSTITUTE OF TECHNOLOGY

## LIVE. LEARN. THRIVE

*Confidentiality:* *The information contained in this e-mail and any accompanying documents is confidential, may be privileged, and is intended solely for the person and/or entity to whom it is addressed (i.e. those identified in the "To" and "cc" box). Unauthorized review, use, disclosure, or copying of this communication, or any part thereof, is strictly prohibited. If you have received this e-mail in error, please return the e-mail and attachments to the sender and delete the e-mail and attachments and any copy from your system. Thank you for your cooperation.*

 **Think green! Please print this e-mail only if absolutely necessary.**

---

**From:** Amari Moody <amoody@nyit.edu>
**Sent:** Wednesday, July 23, 2025 12:21 PM
**To:** NYIT Housing MA <housingma@nyit.edu>
**Subject:** Mail

May I get my mail sent to 2390 Millwater Xing, Dacula GA 30019 as soon as possible?
Thanks.

Get Outlook for iOS