Outlook

## Financial Aid Notification

| | |
|---|---|
| **From** | finaid@nyit.edu <finaid@nyit.edu> |
| **Date** | Tue 9/23/2025 8:09 AM |
| **To** | Amari Moody <amoody@nyit.edu> |



■ Office of Financial Aid

Tel 516.686.7680
Fax 516.686.7997
finaid@nyit.edu

September 23, 2025

Amari Moody
525 Lexington Ave, 622
New York, NY 10017

Student ID: **1359341**

Dear Amari,

New York Institute of Technology is federally mandated to notify students when federal loan funds have been applied to a student's account *(Regulation 34 CFR 668.165)*. This communication serves as official notification that federal funds have been applied to your student account for the 2024-2025 academic year on the date(s) listed below.

**Date Applied**

| | | |
|---|---|---|
| 8/26/2024 | Federal Subsidized Loan | $1,732.00 |
| 1/13/2025 | Federal Subsidized Loan | $1,732.00 |
| 9/23/2025 | Federal Subsidized Loan | ($1,732.00) |
| 8/26/2024 | Federal Unsubsidized Loan | $2,969.00 |
| 1/13/2025 | Federal Unsubsidized Loan | $2,969.00 |
| 9/23/2025 | Federal Unsubsidized Loan | ($2,969.00) |

Funds received from this disbursement were reduced by an origination fee retained by the Department of Education. Additional information is available on the disclosure notice provided by your Federal Loan Servicer. The loan funds have been applied to your student account for tuition, fees and any other authorized expense. If there are surplus funds remaining after tuition and fees are paid with your Federal Loan funds, a refund will be issued within 14 days from the date the loan was credited to the account.

If you wish to cancel or reduce any of the above listed loan amounts, you must contact the Office of Financial Aid in writing within 14 days of the listed "Date Applied." If you do not notify the Financial Aid office in writing, the loan will remain on your account and you will be obligated to repay this loan according to the terms outlined in the Master Promissory Note.

Loan amounts of zero indicate that your loan was cancelled or returned to the lender. Loan amounts in parentheses indicate that the loan was deducted from your student account and returned to the loan servicer.

As a reminder, Federal Education Loans are issued with the expectation that the student will complete the semester for which they are issued. Should the student not attend classes, or withdraw prior to the end of the semester, federal regulations may require that all or some of the loan funds be returned to the loan servicer. The return of any loan proceeds may result in the student's obligation to pay New York Tech for tuition, fees, or other unpaid expenses.

Borrower information is reported to the National Student Loan Data System (NSLDS) per federal regulation. Log into your studentaid.gov account using your FSA ID to access your information.

Please contact the Office of Financial Aid at finaid@nyit.edu or 516.686.7680 with any questions.

Sincerely,

Tricia M. Bowman
Director