Outlook

## False Federal Reporting by NYIT – Title IV Misrepresentation of Attendance

**From** Amari Moody <amoody@nyit.edu>
**Date** Tue 10/14/2025 3:05 PM
**To** oig.hotline@ed.gov <oig.hotline@ed.gov>
**Cc** NYIT Office of the President <nyitop@nyit.edu>

Dear Office of Inspector General,

I am reporting potential false federal reporting and misrepresentation by **New York Institute of Technology (NYIT)** concerning my Spring 2025 enrollment status.

On **September 23, 2025**, NYIT reclassified all of my Spring 2025 courses as "Never Attended," despite documented faculty correspondence confirming academic engagement.
This false status was later transmitted to the U.S. Department of Education as part of Title IV aid reconciliation and reaffirmed in a **October 9, 2025** letter from Associate Provost **Tiffani Hinds**.

**Potential Violations:**

- 20 U.S.C. § 1097(a) (false statement to obtain or misapply federal student aid).

- 34 C.F.R. § 668.22 (improper return of Title IV funds).

- Retaliatory alteration of aid data following a pending ADA/FERPA complaint.

**Requested OIG Actions:**

1. Audit NYIT's reporting to the Common Origination and Disbursement (COD) system for Spring 2025.

2. Investigate whether internal staff knowingly submitted false non-attendance data.

3. Coordinate with OCR and SPPO regarding overlapping retaliation and record-integrity issues.

Thank you for reviewing this matter.

Respectfully,
**Amari J. Moody**
NYIT Student ID: 1359341
Email: amoodyjames23@gmail.com