Outlook

## Academic Record Changes

**From** Registrar@nyit.edu <Registrar@nyit.edu>
**Date** Tue 9/23/2025 11:30 AM
**To**   Amari Moody <amoody@nyit.edu>

Dear Amari:

The Office of the Registrar has processed a change to your academic record, specifically to the course(s) listed below.

| Term | Session | Course | Section | Title | Course Instructor | Change Category |
| --- | --- | --- | --- | --- | --- | --- |
| Spring 2025 | S | PHYS 170 | M01 | General Physics I | Amol Patwardhan | Never Attended |
| Spring 2025 | S | CSCI 260 | M05 | Data Structures | Felix Fischman | Never Attended |
| Spring 2025 | S | BIOL 101 | F02 | Humanity & the Biological Unlv | Donald Kershan | Never Attended |
| Spring 2025 | S | PHYS 170 | M02L | General Physics I | Jabran Ul-Haque | Never Attended |
| Spring 2025 | S | MATH 170 | M02 | Calculus I | Gennady Yassiyevich | Never Attended |

A description of the changes is listed below.

- Grade Change – a grade change was submitted by the instructor or the Incomplete grade has expired (see Academic Calendar for deadlines to complete the Incomplete grades).
- Never Attended – drop from a course due to non-attendance.
- Re-instatement – re-instatement in a course previously dropped or withdrawn.
- Withdrawal – official or unofficial withdrawal from a course.

To check the change to your academic record, please visit the Student Service HUB.

If you have any questions, please contact your instructor or the Office of the Registrar on your campus.

Sincerely,
Office of the Registrar