Gmail                                                         **Amari Moody <amoodyjames23@gmail.com>**

## Financial Aid Notification
1 message

**finaid@nyit.edu** <finaid@nyit.edu>                                    Tue, Sep 23, 2025 at 7:25 AM
Reply-To: finaid@nyit.edu
To: amoodyjames23@gmail.com



September 23, 2025

Amari Moody

525 Lexington Ave, 622

New York, NY 10017

Student ID: **1359341**

Dear Amari,

Your Federal Aid Year 2024-2025 Financial Assistance Plan has been **REVISED** due to either changes in your enrollment, cost of attendance, the addition of additional awards or the removal of awards you are no longer eligible for.  Award amounts marked with an '*' have been changed.

***This Financial Assistance Plan supersedes any prior Plan you may have received from the New York Institute of Technology Office of Financial Aid.***

Please review and accept/reject your revised awards online at the Student Service HUB at *My.NYIT.edu*. Your NYIT ID and password are required.

*Note: For new students, log in instruction is provided in your admissions acceptance package.*

**REVISED FINANCIAL ASSISTANCE PLAN**

**GIFT AID - Scholarships/Grants (no repayment needed unless otherwise provided for in scholarship agreement):**

|  | Fall 2024 | Spring 2025 | Total |
|---|---|---|---|
| Transfer Achievement Award | $2,625.00 | $0.00 | *$2,625.00 |
| Federal Pell Grant | $1,732.50 | $0.00 | *$1,732.50 |
| **Total Gift Aid** |  |  | **$4,357.50** |

|  | Fall 2024 | Spring 2025 | Total |
|---|---|---|---|

**SELF-HELP- Loans+ (must be repaid):**

|  | Fall 2024 | Spring 2025 | Total |
|---|---|---|---|
| Federal Subsidized Loan | $1,750.00 | $0.00 | *$1,750.00 |
| Federal Unsubsidized Loan | $3,000.00 | $0.00 | *$3,000.00 |
| College Avenue UG Loan | $11,007.00 | $0.00 | $11,007.00 |
| College Avenue UG Loan 2 | $9,800.00 | $0.00 | *$9,800.00 |
| **Total Loans** |  |  | **$25,557.00** |

+Loan amounts accepted can be less than amount offered.

| **Total Financial Assistance** |  |  | **$29,914.50** |
|---|---|---|---|

*Award amounts marked with an '*' have been changed.

**2024 - 2025 Financial Aid Disbursement Schedule**

| **Scholarships, Grants and Loans** | **Summer** | **Fall** | **Spring** |
|---|---|---|---|
| Gift Aid - Scholarships and Grants | Does not apply | On or after 09/18/2024 | On or after 02/05/2025 |
| Self Help - Student Loans | On or after 05/13/2024 | On or after 08/26/2024 | On or after 01/13/2025 |

**Estimated Full Cost of Attendance for Amari Moody:**

| | |
|---|---|
| Total *Estimated* Cost of Attendance (**Direct** and **Indirect Costs**): | $80,780.00 |

**Direct Educational Costs:**

| | |
|---|---|
| Tuition & Fees | $46,560.00 |
| Housing - On Campus | $26,000.00 |
| Total Direct Costs | |
| Less Gift Aid | -$4,357.50 |
| | ========== |
| **Total Estimated Direct Cost – due to New York Tech** | **$68,202.50** |

**Indirect Costs (*Other Education-related expenses estimate*)**

| | |
|---|---|
| Books, Course Supplies & Equipment | $1,512.00 |
| Transportation | $1,188.00 |

| | |
|---|---|
| Personal Expenses | $2,468.00 |
| Manhattan Food | $2,980.00 |
| Loan Fees | $72.00 |
| | ========== |
| **Total *Estimated* Indirect Costs** | **$8,220.00** |

*Estimated* Total Cost of Attendance including Direct and Indirect Costs: $80,780.00

| | |
|---|---|
| Less Gift Aid | -$4,357.50 |
| Less Self Help (excluding Federal College Work Study) | -$25,557.00 |
| | ========== |
| ***Estimated* Cost of Attendance after Gift Aid and Self-Help** | **$50,865.50** |

**Other Aid Options Not Listed Above:**

Student Aid Index: **$3,932.00** as derived from the FAFSA

Federal PLUS Loan Eligibility: up to **$0.00** can replace any Student Aid Index as listed above**

Tuition Payment Plan: nyit.edu/bursar/tuition_payment_plan

Veterans Benefits: benefits.va.gov/gibill

Outside Scholarship/Grants: nyit.edu/admissions/private_scholarships

Private Loans: nyit.edu/admissions/tila_disclosure

**\*\*Parent PLUS, Graduate PLUS, and Private Loans** require a credit check.

Please note that the federal loan amounts listed as "Self Help Aid" are Gross Loan Amounts; the Net Loan Amount incorporates an origination fee. For information about the origination fee amount, please see studentaid.gov/understand-aid/types/loans/interest-rates.

Your Financial Assistance Plan is based on full-time enrollment and is subject to revision based on additional information received by the Financial Aid office. Any revisions to your Financial Assistance Plan will be sent to you only via email. NYS TAP grants are estimated and may change based on NYS income verification. Any and all aid offers may also change based on Federal verification, changes in enrollment or housing status, dependency status, and meeting satisfactory academic progress (SAP) toward your degree.

The Total Direct Cost represents what you will be charged by New York Tech (**$72,560.00**). We will deduct from your charges any gift aid and you are expected to pay to New York Tech the difference between your direct costs and estimated gift aid ($68,202.50).

Your net balance (**$68,202.50**) can be paid using any combination of your subsidized and/or unsubsidized loans, the approval of a PLUS loan, personal savings and income, a tuition payment plan or other sources available to you.

Financial Aid Awards**:**

**Scholarships** are merit-based awards for tuition only that do not have to be repaid unless otherwise indicated in scholarship agreement.  **Grants** are need-based awards and do not have to be repaid. **Loans** are long-term, accrue interest, and must be repaid. Subsidized Stafford student loans have the government pay your interest while in school. If you are accepting loans, follow the steps in the "Instructions for Federal Loan Borrowing" form at nyit.edu/admissions/policies_forms. You may borrow less than the offered loan amount by lowering the loan amount on your Self Service HUB, then accepting it online. This can only be done **once**. In order to borrow a Federal Loan, you must be enrolled at least half-time (6 credits). If a Private Educational loan has been offered and you wish to take out a private loan, you MUST apply directly with an outside lender. Please see: nyit.edu/admissions/tila_disclosure.

**Federal Work Study (FWS)** is need-based and allows students to work and earn money, which would be paid *directly* to the student.  The money earned by the student is not deducted from tuition. If you are awarded FWS, you may apply for a work study position via New York Tech's Handshake, where you will be able to search for Federal Work Study jobs

*Note*: If you are expecting to receive 31 or more transfer and/or placement credits, your Federal Direct Loan amount MAY be eligible for an increase of approximately $1,000 to $2,000 once those credits are posted. All final, official transcript(s)/test scores must be submitted before credits can be posted.

Discounted tuition programs and/or courses may disqualify you from receiving institutional aid.

If you are eligible for Veteran Education Benefits your eligibility will be confirmed by the New York Institute of Technology Veterans Benefits certifying officer. If you are certified for Veteran Education benefits, you will receive a revised Financial Assistance Plan.  Please visit our website at https://www.nyit.edu/admissions/veterans_benefits for more information or contact Ms. Nancy Borchers, Associate Registrar, at nborcher@nyit.edu or 516-686-1277.

Satisfactory Academic Progress Requirements**:**

The U.S. Department of Education requires each institution to set cumulative GPA, completion ratio, and time limit standards to monitor a student's satisfactory academic progress in their course of study. All types of aid are dependent on this policy. For information about the policy and appeal process, please view: nyit.edu/admissions/satisfactory_academic_progress.

Maximum Time Limit**:**

Maximum Time Limit correlates with Subsidized Usage Limit (also known as SULA). For students with Direct Subsidized loans first disbursed on or after July 1, 2013, and prior to July 1, 2021, the Maximum Time Limit sets a first-time borrower's eligibility for Direct Subsidized Loans to a period not to exceed 150 percent of the length of the borrower's educational program. For example, students in a four-year program must complete degree requirements within six years. Under certain conditions, the provision also causes first-time borrowers who have exceeded the 150 percent limit to lose the interest subsidy on their Direct Subsidized Loans. See our "Financial Aid Disclosure" (nyit.edu/admissions/policies_forms) statement for more information about this policy.

Your federal government requested "College Financing Plan" has been activated and can be used for both financial aid comparisons and information; it can be found on your Student Service HUB at my.nyit.edu. Our Financial Aid team is here to assist you and answer any questions you may have. We look forward to helping you attain your educational goals. If you have any questions you may reach us at 212.261.1590 (New York City Campus), 516.686.7680 (Long Island Campus), or email finaid@nyit.edu.

Sincerely,

Tricia M. Bowman

Director