Outlook

## Application of Fall 2025 Aid Package Toward Summer Housing

**From** Amari Moody <amoody@nyit.edu>
**Date** Tue 5/13/2025 4:22 PM
**To** Financial Aid <finaid@nyit.edu>
**Cc** NYIT Office of the Bursar <bursar@nyit.edu>

Dear Financial Aid Office,

I'm writing to confirm that my **Fall 2025 financial aid package should be applied to cover my Summer 2025 housing balance**, given that these charges are billed directly through NYIT, fall under room and board, and therefore qualify under federal guidelines for aid usage.

This situation involves **ongoing post-surgical complications**, with approved ADA accommodations already in progress and three incompletes being finalized for my Spring 2025 courses following a formal meeting with Dean Dr. Henao and Associate Provost Hinds. My continued residence on campus this summer is medically supported and tied to my recovery and academic continuity.

While I will personally secure any additional funds needed to cover the Fall 2025 term balance, I am requesting that my **Fall aid package be immediately applied toward Summer housing charges** so I can remain in compliance with campus deadlines and housing eligibility.

If there are any internal steps needed to process this, please move forward or advise promptly. I appreciate your time and attention.

Sincerely,
Amari Moody
Student ID: 1359341