**Outlook**

## ADA / Section 504 Complaint Supplement – NYIT Retaliation and Failure to Accommodate

| | |
|---|---|
| **From** | Amari Moody <amoody@nyit.edu> |
| **Date** | Tue 10/14/2025 3:01 PM |
| **To** | OCR <ocr@ed.gov>; OCR.NewYork@ed.gov <OCR.NewYork@ed.gov> |
| **Cc** | NYIT Office of the President <nyitop@nyit.edu> |

Dear Office for Civil Rights,

I am supplementing my pending ADA / Section 504 complaint (filed June 2025) against **New York Institute of Technology (NYIT)** to address continued discrimination, denial of accommodation, and retaliation by **Associate Provost Tiffani Hinds**.

**Facts:**

- On **June 17, 2025**, my physician (Dr. Satish Govindaraj, Mount Sinai) issued a letter documenting post-operative neurological complications.

- NYIT ignored that evidence and **denied all accommodations**, later asserting in an **October 9, 2025 letter** that my Spring 2025 record was "Never Attended."

- The decision-maker (Hinds) is **not the ADA/504 Coordinator**, violating **34 C.F.R. § 35.107**.

- NYIT's refusal to modify medical-withdrawal deadlines violates **28 C.F.R. § 35.130(b)(7)** (failure to make reasonable modifications).

- Subsequent adverse actions (record alteration, billing, denial of insurance coverage) constitute retaliation under **34 C.F.R. § 100.7(e)**.

**Requested OCR Remedies:**

1. Formal finding of ADA / Section 504 violation for failure to accommodate and retaliation.

2. Order NYIT to retroactively process a **medical withdrawal** for Spring 2025 without penalty.

3. Require policy revision and staff training on ADA coordination and accommodation deadlines.

4. Award appropriate compensatory relief for educational, medical, and emotional harm.

I have attached the October 9 letter and prior submissions as supporting documentation.

Sincerely,
**Amari J. Moody**
Email: amoodyjames23@gmail.com
Phone: 470-755-0445