Outlook

## Supplemental Remedy Request – NYIT (Tiffani Hinds, Associate Provost) – Violations of FERPA, ADA/Section 504, and Title IV

**From** Amari Moody <amoody@nyit.edu>
**Date** Tue 10/14/2025 2:59 PM
**To** ocueinfo@nysed.gov <ocueinfo@nysed.gov>
**Cc** NYIT Office of the President <nyitpres@nyit.edu>

Dear OCUE Review Team,

I am submitting this message as a formal *supplemental remedy request* under 8 NYCRR § 52.1(e) and Education Law § 210 regarding my pending complaint against **New York Institute of Technology (NYIT)**.

Following my prior submissions in June and October 2025, I am requesting OCUE's assistance in directing specific remedies based on newly established evidence, including the **October 9, 2025 letter** issued by Associate Provost **Tiffani Hinds**, which documents procedural, statutory, and retaliatory misconduct.

**Requested OCUE Actions:**

1. **Preservation & Audit:**
   Require NYIT to preserve all academic, housing, and financial records from January 2025 onward, including all audit trails and correspondence related to my case.

2. **FERPA & Record Integrity Referral:**
   Refer the record-alteration matter (September 23 "Never Attended" reclassification) to the **Student Privacy Policy Office (SPPO)** for investigation under 34 C.F.R. §§ 99.10–99.20.

3. **ADA / 504 Referral:**
   Refer NYIT's ongoing denial of accommodation, retaliation, and lack of an ADA/504 Coordinator to the **Office for Civil Rights (OCR)** for federal review.

4. **Title IV / Financial-Aid Review:**
   Refer the false federal reporting and misrepresentation of "Never Attended" aid status to the **DOE Office of Inspector General (OIG)**.

5. **Immediate Compliance Order:**
   Direct NYIT to cease any further adverse actions, billing, or record changes while state and federal review is pending.

These actions are necessary to ensure compliance with federal law and prevent further retaliation or record manipulation.

Thank you for your continued oversight and coordination.

Respectfully,
**Amari J. Moody**
NYIT Student ID: 1359341

Email: amoodyjames23@gmail.com
Phone: 470-755-0445