Outlook

## Immediate Violations — Mail, Property, FERPA

**From** Amari Moody <amoody@nyit.edu>

**Date** Thu 9/25/2025 7:42 PM

**To** NYIT Office of the President <nyitop@nyit.edu>; NYIT Office of the President <nyitpres@nyit.edu>; Nico Lamas | General Manager FOUND Study Turtle Bay <nico@foundstudy.com>; Nikolas Nester <nikolas@foundstudy.com>

**Cc** legal@nysed.gov <legal@nysed.gov>; ocr@ed.gov <ocr@ed.gov>; FERPA.Complaints@ed.gov <FERPA.Complaints@ed.gov>; Civil.Rights@ag.ny.gov <Civil.Rights@ag.ny.gov>; oig.hotline@ed.gov <oig.hotline@ed.gov>; Ombudsman@ed.gov <Ombudsman@ed.gov>

President Balentine, Mr. Lamas, and Mr. Nester,

Your institutions remain in violation of federal law across three areas. I will be brief.

### 1. Mail
NYIT's own system confirmed receipt of multiple time-sensitive items addressed to me. Once logged, NYIT assumed custody. Contradictory handling (return-to-sender, forwarding overlays, silence) without receipts constitutes obstruction (18 U.S.C. §1702) and spoliation of records.
**Demand:** Produce timestamped "return to sender" receipts for every logged item, or admit that items remain in NYIT custody.

### 2. Belongings
Associate Provost Hinds unlawfully positioned herself as custodian of my property. FOUND staff were simultaneously involved in access and housing matters, yet no lawful inventory, storage, or accommodation has been provided. Threats of discard tied to arbitrary deadlines are constructive eviction and violate ADA/FHA standards.
**Demand:** Provide a certified inventory, storage location, and designated custodian of record for my belongings.

### 3. FERPA Records
On September 5, I invoked my rights under 20 U.S.C. §1232g and 34 C.F.R. §§99.10–22. The 45-day statutory clock is running. Routing through Hinds, silence, or partial disclosures are unlawful.
**Demand:** Identify the official FERPA custodian and produce the complete record without further delay.

Each failure is independently indefensible. Taken together, they evidence systemic obstruction, retaliation, and misrepresentation. Continued silence will be treated as confirmation of noncompliance and escalated accordingly.

—

Amari J. Moody
September 25, 2025