**Outlook**

## Dewar's Tuition Insurance – Spring 2025

| | |
|---|---|
| **From** | Amari Moody <amoody@nyit.edu> |
| **Date** | Sun 10/5/2025 1:14 PM |
| **To** | NYIT Registrar <registrar@nyit.edu>; NYIT Office of the Bursar <bursar@nyit.edu>; Financial Aid <finaid@nyit.edu> |
| **Cc** | ocr@ed.gov <ocr@ed.gov>; ocueinfo@nysed.gov <ocueinfo@nysed.gov> |

 1 attachment (249 KB)
SAP-Govindaraj.pdf;

**Dear Registrar and Financial Aid Office,**

I am submitting documentation in support of a **medical withdrawal and application of Dewar's Tuition Insurance coverage** for the **Spring 2025 term**.

**Summary of Medical Circumstances**

Per the attached letter dated **June 17, 2025**, from **Dr. Satish Govindaraj, MD, Director of Rhinology and Sinus Surgery at Mount Sinai**, I underwent major endoscopic sinus surgery on **February 26, 2025**, and subsequently experienced **prolonged post-operative complications**—including headaches, light-headedness, and cognitive deficits—that impaired my ability to complete coursework during the Spring 2025 semester.

Dr. Govindaraj's letter confirms:

- A continuous course of treatment beginning February 6, 2025
- Documented impairment directly affecting academic participation
- Ongoing recovery and improvement through medical management

This documentation satisfies Dewar's Insurance and NYIT medical withdrawal requirements, establishing that my withdrawal was necessitated by a **documented medical condition** rather than voluntary action.

**Procedural Context**

Although this documentation was issued in June 2025, my medical condition and NYIT's handling of my mail prevented timely submission. NYIT's housing and administrative offices retained possession of my correspondence during that period, causing significant communication delays. Under **ADA/ §504** standards, delayed submission caused by disability or institutional interference cannot disqualify a student from retroactive accommodation.

**Requested Actions**

1. Apply Dewar's Tuition Insurance to the Spring 2025 term tuition balance;

2. Update my academic record to reflect a **medical withdrawal** for Spring 2025, replacing any "UW" or "Never Attended" entries;

3. Coordinate with Financial Aid to ensure accurate federal aid adjustment and reclassification of my SAP status as medically exempt for that term.

Please confirm receipt of this request and advise of any additional forms or signatures needed to finalize the claim.

Thank you for your attention to this matter.

Respectfully,
**Amari J. Moody**
NYIT ID: 1359341
Email: amoodyjames23@gmail.com
Phone: 470-755-0445