**Outlook**

---

**Improper Housing Billing and Deposit Charges (Summer & Fall 2025)**

---

| | |
|---|---|
| **From** | Amari Moody <amoody@nyit.edu> |
| **Date** | Sun 10/5/2025 1:11 PM |
| **To** | NYIT Office of the Bursar <bursar@nyit.edu>; Susan Heim <sheim@nyit.edu>; NYIT Housing MA <housingma@nyit.edu> |
| **Cc** | Civil.Rights@ag.ny.gov <civil.rights@ag.ny.gov>; ocr@ed.gov <ocr@ed.gov>; ocueinfo@nysed.gov <ocueinfo@nysed.gov> |

**Dear NYIT Bursar and Housing Office,**

I am writing to formally request a refund of all housing deposits and associated charges applied to my student account for the **Summer 2025 ($400)** and **Fall 2025 ($500)** terms. These charges were assessed under circumstances that violate both University policy and federal disability protections.

**Basis of Refund Request**

1. **No Occupancy or Access**
   Although deposits were billed, I was not provided usable access or occupancy of the housing facilities during these terms. My keycard remained uncollected and was later electronically disabled without any official checkout or opportunity to retrieve my belongings through an accessible process.

2. **Improper Custody of Personal Property**
   NYIT staff, including Associate Provost Tiffani Hinds and Director of Housing Susan Heim, confirmed in writing that my belongings would be *stored* rather than discarded. This constitutes a **bailment relationship**, placing the University in custodial possession of my property. As such, I was not "occupying" housing space and cannot be billed for residence.

3. **Failure to Provide Reasonable Accommodation (ADA/§504)**
   I repeatedly requested reasonable housing accommodations due to documented medical and neurological impairments following major surgery. Instead of engaging in an interactive process, NYIT staff issued arbitrary deadlines and discard threats, violating **28 C.F.R. §35.130(b)(7)** and **34 C.F.R. §104.44**. The University's refusal to coordinate appropriate storage or alternative access renders any charges for summer or fall housing improper.

4. **Institutional Inconsistency and Misrepresentation**
   Written statements from NYIT officials alternated between "no storage available" and "storage provided but without guarantees," demonstrating procedural inconsistency and bad faith in the handling of my housing and property. Billing me for occupancy during the same period NYIT controlled my belongings constitutes **unjust enrichment** and contradicts University obligations under ADA and consumer protection laws.

**Requested Resolution**

- Full refund of $900 in housing deposits ($400 Summer + $500 Fall)

- Reversal of any related housing or storage fees on my account

- Written confirmation that my housing status for these terms has been reclassified as **non-occupant / under ADA review**

Please process this refund within 30 calendar days or provide written justification detailing the University's legal basis for retaining the funds, consistent with NYIT's Student Financial Responsibility Agreement and applicable federal regulations.

Thank you for your prompt attention to this matter.
Sincerely,
**Amari J. Moody**
NYIT ID: 1359341
Email: amoodyjames23@gmail.com
Phone: 470-755-0445