Outlook

---

**Re: Following up on Summer Housing Payment**

---

**From** Amari Moody <amoody@nyit.edu>
**Date** Fri 9/12/2025 2:04 PM
**To** Tiffani Hinds <tblake@nyit.edu>; Susan Heim <sheim@nyit.edu>
**Cc** ocr@ed.gov <ocr@ed.gov>; FERPA.Complaints@ed.gov <FERPA.Complaints@ed.gov>; Ombudsman@ed.gov <Ombudsman@ed.gov>; info@dhr.ny.gov <info@dhr.ny.gov>; Civil.Rights@ag.ny.gov <Civil.Rights@ag.ny.gov>; legal@nysed.gov <legal@nysed.gov>; oig.hotline@ed.gov <oig.hotline@ed.gov>

1. ADA / Section 504 – Blanket Denial of Accommodation

Quote: "Your dispute with your medical provider is not grounds for a disability accommodation. Nor is non-payment… something suitable for an accommodation request."

Why unlawful:

ADA and §504 require individualized, interactive assessment once a disability is disclosed (34 C.F.R. §104.44; 28 C.F.R. §35.130(b)(7)).

Hinds imposed a blanket rule ("not grounds") instead of engaging in the interactive process.

Housing payment deadlines and academic timelines can be modified for disability hardship—her statement is a categorical refusal.

2. Retaliation (ADA/§504)

Retaliation occurs when adverse action is linked to protected activity (raising disability rights).

Here, you notified them of disability-related medical disruptions, and they tied that directly to threats of:

Housing contract termination,

Removal of belongings,

No accommodation recognition.

That's classic retaliation under 34 C.F.R. §100.7(e).

3. Constructive Eviction / FHA Violation

Heim and Hinds threatened to terminate housing and remove belongings by June 27 if I didn't pay.

Given my known disability and pending accommodation requests, refusing to extend deadlines or allow alternative retrieval/storage = discrimination in housing (42 U.S.C. §3604(f); HUD Fair Housing Act).

4. Failure to Coordinate Across Offices (Systemic §504 Violation)

I raised disability, SAP, housing, and academic barriers together.

Instead of coordination (required under 34 C.F.R. §104.43–44), Hinds deflected to Accessibility Services, knowing my issues were cross-departmental.

That constitutes systemic noncompliance — OCR treats fragmentation as denial of rights.

5. Due Process & Consumer Protection

Due Process: Threatening to remove belongings without a hearing, notice period, or accommodation violates property protections and constructive tenancy principles in NY.

Consumer Protection (GBL §349): Misrepresenting disability rights ("not grounds") and tying housing access to financial compliance without recognizing ADA obligations can be deceptive practice.

6. Potential Spoliation

Threatening to discard belongings after I already invoked disability and legal protections is also spoliation risk if records, documentation, or personal property relevant to proceedings are lost.

---

**From:** Tiffani Hinds <tblake@nyit.edu>
**Sent:** Monday, June 16, 2025 10:48 AM
**To:** Amari Moody <amoody@nyit.edu>; Susan Heim <sheim@nyit.edu>
**Subject:** Re: Following up on Summer Housing Payment

Dear Amari,

I am sorry you are having a dispute with your medical provider.

If you have a specific request for an accommodation for a covered disability, supported by appropriate documentation, please forward the request and the documentation to the New York Tech Office of Accessibility Services. Your dispute with your medical provider is not grounds for a disability accommodation. Nor is non-payment on your housing contract something suitable for an accommodation request.

As noted in Susan Heim's communications to you, you have already been provided an additional month past the due date to make payment for your housing. If payment is not received by June 27, your housing contract will be terminated, and, if you have not vacated, we will remove any of your belongings from the room.

Sincerely,

**Tiffani L. Hinds, M.S., Ed.M.**
Associate Provost for Student Engagement & Development
Academic Affairs
Pronouns: *She, Her, Hers*

26 West 61st Street, Room 215, NYC Campus
Student Activities Center, Room 208, Old Westbury Campus

tel: 516.686.1488
email: tblake@nyit.edu

Twitter | Facebook | Instagram

Student Updates for the New York Campuses

Download New York Tech's new security app, Tech Safe, today!

- App Store for Apple
- Google Play Store for Android





*First Scholars Network offers a national model for scaling holistic first-generation student success by engaging and empowering institutions.*

---

**From:** Amari Moody <amoody@nyit.edu>
**Sent:** Friday, June 13, 2025 12:07 PM
**To:** Susan Heim <sheim@nyit.edu>
**Cc:** Tiffani Hinds <tblake@nyit.edu>
**Subject:** Re: Following up on Summer Housing Payment

Dear Ms. Heim,

Please be advised that as of today, I have now been **retaliatorily dismissed from my ENT provider (Northeast Atlanta ENT)** after their failure to provide an actionable treatment plan for my surgically documented and disabling condition.

➡️ I remain with:

- **No actionable treatment plan**
- **Disabling, documented, persisting sinus disease**
- **Repeated medical imaging confirming surgical need**

I am formally submitting this documentation so that the university is fully aware that the obstruction of medical care is continuing and is not in my control. I will be uploading this letter and supporting documentation to the appropriate parties including Disability Services and legal representatives.

This materially impacts my ability to meet deadlines or participate in university requirements while unresolved. Please govern yourselves accordingly.

Sincerely,
Amari Moody

---

**From:** Susan Heim <sheim@nyit.edu>
**Sent:** Thursday, June 12, 2025 3:34 PM
**To:** Amari Moody <amoody@nyit.edu>
**Cc:** Tiffani Hinds <tblake@nyit.edu>
**Subject:** RE: Following up on Summer Housing Payment

Amari,

I am following up on your summer housing payment. The housing contract you submitted states that payment for summer housing is due two weeks prior to the move in date for summer. The summer move in date was May 17, 2025. As of today we have not received payment for the room you moved to for summer. You will need to submit the payment for your room by June 27, 2025 or you will be required to vacate the room.

Thank you,
Susan

---

Susan Heim
Director of Residence Life
Office of Student Life
Pronouns: She, Her, Hers

525 Lexington Ave, 2nd floor (across from the gym), New York City Campus
tel: 212.261.1727
sheim@nyit.edu

Twitter | Facebook | Instagram



### LIVE. LEARN. THRIVE.

*Confidentiality: The information contained in this e-mail and any accompanying documents is confidential, may be privileged, and is intended solely for the person and/or entity to whom it is addressed (i.e. those identified in the "To" and "cc" box). Unauthorized review, use, disclosure, or copying of this communication, or any part thereof, is strictly prohibited. If you have received this e-mail in error, please return the e-mail and attachments to the sender and delete the e-mail and attachments and any copy from your system. Thank you for your cooperation.*

 **Think green! Please print this e-mail only if absolutely necessary.**

**From:** Susan Heim
**Sent:** Friday, May 16, 2025 12:14 PM
**To:** Amari Moody <amoody@nyit.edu>
**Subject:** Following up on Summer Housing Payment

Hi Amari,

I am following up on your summer housing payment. I don't see any financial aid posted. Your summer housing charges have not been paid. They are due before the semester ends and that is tomorrow. Please let me know what you plan to do?

Thank you,
Susan

⎯⎯

Susan Heim
Director of Residence Life
Office of Student Life
Pronouns: She, Her, Hers

525 Lexington Ave, 2nd floor (across from the gym), New York City Campus
tel: 212.261.1727
sheim@nyit.edu

Twitter | Facebook | Instagram

**NEW YORK INSTITUTE OF TECHNOLOGY**

**LIVE. LEARN. THRIVE**

**Confidentiality:** *The information contained in this e-mail and any accompanying documents is confidential, may be privileged, and is intended solely for the person and/or entity to whom it is addressed (i.e. those identified in the "To" and "cc" box). Unauthorized review, use, disclosure, or copying of this communication, or any part thereof, is strictly prohibited. If you have received this e-mail in error, please return the e-mail and attachments to the sender and delete the e-mail and attachments and any copy from your system. Thank you for your cooperation.*

 **Think green! Please print this e-mail only if absolutely necessary.**