```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| AMARI J. MOODY,<br><br>                    Plaintiff,<br><br>     -against-<br><br>NEW YORK INSTITUTE OF TECHNOLOGY;<br>TIFFANI HINDS,<br><br>                    Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 10/27/2025<br><br>25-CV-08730 (MMG)<br><br>ORDER OF SERVICE |

MARGARET M. GARNETT, United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action alleging that Defendants violated his rights under the Americans with Disabilities Act, the Rehabilitation Act, and the Family Educational Rights and Privacy Act. By order dated October 24, 2025 (Dkt. No. 6), the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

To allow Plaintiff to effect service on Defendants New York Institute of Technology and Tiffani Hinds through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is instructed to issue a summons for each defendant, complete the USM-285 form with the address for each defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is directed to mail an information package to Plaintiff.

Plaintiff may receive court documents by email by completing the attached form, Consent to Electronic Service.[2]

SO ORDERED.

Dated:   October 27, 2025
         New York, New York

_____
MARGARET M. GARNETT
United States District Judge

---

[2] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.

## SERVICE ADDRESS FOR EACH DEFENDANT

1. New York Institute of Technology
   1855 Broadway
   New York, NY 10023

   New York Institute of Technology
   Northern Boulevard
   P.O. Box 8000
   Old Westbury, NY 11568-8000

2. Tiffani Hinds
   Associate Provost for Student Engagement and Development
   New York Institute of Technology
   1855 Broadway
   New York, NY 10023

   Tiffani Hinds
   Associate Provost for Student Engagement and Development
   New York Institute of Technology
   Northern Boulevard
   P.O. Box 8000
   Old Westbury, NY 11568-8000