CASREF,ECF,PRO–SE

**U.S. District Court**
**Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:25–cv–08730–MMG–SN**
*Internal Use Only*

Moody v. New York Institute of Technology et al
Assigned to: Judge Margaret M. Garnett
Referred to: Magistrate Judge Sarah Netburn
Cause: 42:12132 Americans with Disabilities Act – Discrimination

Date Filed: 10/21/2025
Jury Demand: None
Nature of Suit: 446 Civil Rights: Americans with Disabilities – Other
Jurisdiction: Federal Question

**Plaintiff**

**Amari J. Moody**                     represented by   **Amari J. Moody**
                                                        2390 Millwater Crossing
                                                        Dacula, GA 30019
                                                        Email: amoodyjames23@gmail.com
                                                        PRO SE

V.

**Defendant**

**New York Institute of Technology**   represented by   **Stefanie Robin Toren**
                                                        Clifton Budd & DeMaria, LLP
                                                        The Empire State Building
                                                        350 Fifth Avenue, Suite 6110
                                                        New York, NY 10118
                                                        (212)–687–7410
                                                        Fax: (212)–687–3285
                                                        Email: srtoren@cbdm.com
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Tiffani Hinds**                      represented by   **Stefanie Robin Toren**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/21/2025 | 1 | COMPLAINT against Tiffani Hinds, New York Institute of Technology. Document filed by Amari J. Moody. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23).(kgo) (Entered: 10/22/2025) |
| 10/21/2025 | 2 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Amari J. Moody..(kgo) (Entered: 10/22/2025) |
| 10/21/2025 | | Case Designated ECF. (kgo) (Entered: 10/22/2025) |
| 10/21/2025 | 3 | MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION. Document filed by Amari J. Moody..(kgo) **(Refer to ECF Rule 13.19(b) and (c) for directions regarding promptly alerting the court to this filing.)** (Entered: 10/22/2025) |
| 10/21/2025 | 4 | CERTIFICATE OF SERVICE. Document filed by Amari J. Moody..(kgo) (Entered: 10/22/2025) |

| 10/22/2025 | 5 | STANDING ORDER IN RE CASES FILED BY PRO SE PLAINTIFFS (See 24–MISC–127 Standing Order filed March 18, 2024). To ensure that all cases heard in the Southern District of New York are handled promptly and efficiently, all parties must keep the court apprised of any new contact information. It is a party's obligation to provide an address for service; service of court orders cannot be accomplished if a party does not update the court when a change of address occurs. Accordingly, all self–represented litigants are hereby ORDERED to inform the court of each change in their address or electronic contact information. Parties may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery. Parties may also ask the court for permission to file documents electronically. Forms, including instructions for consenting to electronic service and requesting permission to file documents electronically, may be found by clicking on the hyperlinks in this order, or by accessing the forms on the courts website, nysd.uscourts.gov/forms. The procedures that follow apply only to cases filed by pro se plaintiffs. If the court receives notice from the United States Postal Service that an order has been returned to the court, or otherwise receives information that the address of record for a self–represented plaintiff is no longer valid, the court may issue an Order to Show Cause why the case should not be dismissed without prejudice for failure to comply with this order. Such order will be sent to the plaintiffs last known address and will also be viewable on the court's electronic docket. A notice directing the parties' attention to this order shall be docketed (and mailed to any self–represented party that has appeared and has not consented to electronic service) upon the opening of each case or miscellaneous matter that is classified as pro se in the court's records. (Signed by Judge Laura Taylor Swain on 3/18/2024) (kgo) (Entered: 10/22/2025) |
| 10/22/2025 | | CASE MANAGEMENT NOTE: For each electronic filing made in a case involving a self–represented party who has not consented to electronic service, the filing party must serve the document on such self–represented party in a manner permitted by Fed. R. Civ. P. 5(b)(2) (other than through the ECF system) and file proof of service for each document so served. Please see Rule 9.2 of the courts ECF Rules & Instructions for further information..(kgo) (Entered: 10/22/2025) |
| 10/23/2025 | | MAILING RECEIPT: Document No: 5. Mailed to: Amari J. Moody 2390 Millwater Crossing Dacula, GA 30019. (aan) (Entered: 10/23/2025) |
| 10/24/2025 | 6 | ORDER GRANTING IFP APPLICATION: Leave to proceed in this Court without prepayment of fees is authorized. 28 U.S.C. § 1915. SO ORDERED. (Signed by Judge Laura Taylor Swain on 10/24/2025) (jjc) (Entered: 10/24/2025) |
| 10/24/2025 | | NOTICE OF CASE REASSIGNMENT to Judge Margaret M. Garnett. Judge Unassigned is no longer assigned to the case..(kgo) (Entered: 10/24/2025) |
| 10/24/2025 | | Magistrate Judge Sarah Netburn is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (kgo) (Entered: 10/24/2025) |
| 10/27/2025 | | MAILING RECEIPT: Document No: 6. Mailed to: Amari J. Moody 2390 Millwater Crossing Dacula, GA 30019. (tro) (Entered: 10/27/2025) |
| 10/27/2025 | 8 | ORDER denying without prejudice 3 Motion for TRO: Plaintiff's motion for a temporary restraining order and preliminary injunction (Dkt. No. 3) is hereby DENIED WITHOUT PREJUDICE. Plaintiff's alleged harm is remediable by an award of money damages and there is no non–speculative allegation the Defendants are destroying educational records. Therefore, Plaintiff has not suffered irreparable harm necessary for the Court to issue a temporary restraining order or preliminary injunction. See Winter v. Natural Resources Defense Council, Inc., 555 U.S. 7, 24 (2008) (describing a preliminary injunction as "an extraordinary remedy"); USA Recycling, Inc. v. Town of Babylon, 66 F.3d 1272, 1295 (2d Cir. 1995). Moreover, most of the relief Plaintiff requests will already be available to him as part of discovery, and Defendants will have an obligation to preserve relevant evidence once they are on notice of this lawsuit. (HEREBY ORDERED by Judge Margaret M. Garnett)(Text Only Order) (Garnett, Margaret) (Entered: 10/27/2025) |

| | | |
|---|---|---|
| 10/27/2025 | 9 | ORDER OF SERVICE: The Clerk of Court is instructed to issue a summons for each defendant, complete the USM–285 form with the address for each defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service. The Clerk of Court is directed to mail an info1mation package to Plaintiff. Plaintiff may receive court documents by email by completing the attached form, Consent to Electronic Service SO ORDERED. (Signed by Judge Margaret M. Garnett on 10/27/2025) (ks) Transmission to Pro Se Assistants for processing. (Entered: 10/27/2025) |
| 10/28/2025 | | MAILING RECEIPT: Document No: 8. Mailed to: Amari J. Moody 2390 Millwater Crossing Dacula, GA 30019. (dh) (Entered: 10/28/2025) |
| 10/28/2025 | | MAILING RECEIPT: Document No: 9. Mailed to: Amari J. Moody 2390 Millwater Crossing Dacula, GA 30019. (dh) (Entered: 10/28/2025) |
| 10/28/2025 | 10 | SUMMONS ISSUED as to Tiffani Hinds, New York Institute of Technology. (nb) (Entered: 10/28/2025) |
| 10/28/2025 | | FRCP 4 SERVICE PACKAGE DELIVERED TO U.S.M.: on Tiffani Hinds, New York Institute of Technology Re: Judge Paul G. Gardephe 9 Order of Service,,. The following document(s) were enclosed in the Service Package: Complaint, Summons, IFP, Order of Service, Completed U.S.M. form(s) for defendant(s) Tiffani Hinds, New York Institute of Technology. (nb) (Entered: 10/28/2025) |
| 10/28/2025 | 11 | INFORMATION PACKAGE MAILED to Amari J. Moody 2390 Millwater Crossing Dacula, GA 30019, at, on 10/28/2025 Re: 9 Order of Service. The following document(s) were enclosed in the Service Package: a copy of the order of service or order to answer and other orders entered to date, the individual practices of the district judge and magistrate judge assigned to your case, Instructions for Litigants Who Do Not Have Attorneys, Notice Regarding Privacy and Public Access to Electronic Case Files, a flyer about the free legal assistance clinic located in the Thurgood Marshall Courthouse (only in non prisoner cases), a Motions guide, a notice that the Pro Se Manual has been discontinued, a Notice of Change of Address form to use if your contact information changes, a handout explaining matters handled by magistrate judges and consent form to complete if all parties agree to proceed for all purposes before the magistrate judge, a form for you to complete if you consent to receive filings electronically (only in nonprisoner cases). (nb) (Entered: 10/28/2025) |
| 11/03/2025 | | Received returned mail re: 6 Order Granting IFP Application. Mail was addressed to Amari J. Moody 2390 Millwater Crossing Dacula, GA 30019 and was returned for the following reason(s): Return to Sender Forward time EXP RTN to Send.(kma) (Entered: 11/03/2025) |
| 11/05/2025 | 12 | PLAINTIFF'S NOTICE OF SUPPLEMENTAL EVIDENCE. Document filed by Amari J. Moody. (Attachments: # 1 Exhibit 1).(sgz) (Entered: 11/05/2025) |
| 11/06/2025 | | Received returned mail re: 8 Order on Motion for TRO. Mail was addressed to Amari J. Moody 2390 Millwater Crossing Dacula, GA 30019 and was returned for the following reason(s): Forward Time Exp Rtn To Send Moody Amari J 525 Lexington Ave New York NY 10017–1204. (mjy) (Entered: 11/06/2025) |
| 11/10/2025 | | Mailed a copy of 8 Order on Motion for TRO, to Amari J. Moody 525 Lexington Ave New York, NY 10017–1204. (mjy) (Entered: 11/10/2025) |
| 11/13/2025 | 13 | PLAINTIFF'S NOTICE OF SUPPLEMENTAL EVIDENCE. Document filed by Amari J. Moody. (Attachments: # 1 Exhibit to Notice). (mml) (Entered: 11/18/2025) |
| 11/14/2025 | 14 | PLAINTIFFS SUPPLEMENTAL NOTICE REGARDING MAIL HANDLING BY NYIT / FOUND HOUSING. Document filed by Amari J. Moody.(yv) (Entered: 11/19/2025) |
| 11/18/2025 | 15 | NOTICE OF SUPPLEMENTAL EVIDENCE. Document filed by Amari J. Moody. (ar) (Entered: 11/20/2025) |
| 11/19/2025 | | MAILING RECEIPT: Document No: 13. Mailed to: Amari J. Moody 2390 Millwater Crossing Dacula, GA 30019. (nb) (Entered: 11/19/2025) |

| 11/21/2025 | 16 | NOTICE of SUPPLEMENTAL FILING NEW EVIDENCE (FSA Case #31277649). SUPPLEMENT TO COMPLAINT AND PENDING MOTION FOR INJUNCTIVE RELIEF. Plaintiff respectfully submits this supplemental filing under Fed. R. Civ. P. 15(d) to notify the Court of material new evidence received on November 21, 2025, directly relevant to the ADA, Section 504, FERPA, and Title IV allegations currently before the Court, and to the pending motion for emergency injunctive relief. Document filed by Amari J. Moody. (sac) (Entered: 11/24/2025) |
| 11/25/2025 | 17 | PLAINTIFF'S SUPPLEMENTAL NOTICE REGARDING MISROUTED COURT MAIL AND IMPACT ON CASE PARTICIPATION. Document filed by Amari J. Moody. (Attachments: # 1 Exhibit 1) (jca) (Entered: 11/26/2025) |
| 11/26/2025 | 18 | WAIVER OF SERVICE RETURNED EXECUTED. New York Institute of Technology waiver sent on 11/19/2025, answer due 1/20/2026. Document filed by Amari J. Moody. (ar) (Entered: 12/01/2025) |
| 11/26/2025 | 19 | WAIVER OF SERVICE RETURNED EXECUTED. Tiffani Hinds waiver sent on 11/19/2025, answer due 1/20/2026. Document filed by Amari J. Moody. (ar) (Entered: 12/01/2025) |
| 11/28/2025 | 20 | PLAINTIFF'S SUPPLEMENT TO COMPLAINT REGARDING RETALIATORY RECORD ALTERATION, FERPA VIOLATIONS, AND POST–LITIGATION–HOLD MISCONDUCT. Document filed by Amari J. Moody. (jjc) (Entered: 12/02/2025) |
| 12/04/2025 | 21 | NOTICE OF APPEARANCE by Stefanie Robin Toren on behalf of Tiffani Hinds, New York Institute of Technology..(Toren, Stefanie) (Entered: 12/04/2025) |
| 12/04/2025 | 22 | AFFIDAVIT OF SERVICE of Notice of Appearance served on Plaintiff on December 4, 2025. Service was made by Mail. Document filed by Tiffani Hinds, New York Institute of Technology..(Toren, Stefanie) (Entered: 12/04/2025) |
| 12/08/2025 | | Received returned mail re: 13 Notice of Hearing. Mail was addressed to Amari J. Moody 2390 Millwater Crossing Dacula, GA 30019 and was returned for the following reason(s): Return to sender Forward time EXP RTN to sender.(kma) (Entered: 12/08/2025) |
| 12/08/2025 | | Received returned mail re: 8 Order on Motion for TRO. Mail was addressed to Amari J. Moody 525 Lexington Ave New York, NY 10017–1204 and was returned for the following reason(s): Return To Sender Not Deliverable As Addressed Unable To Forward. (mjy) (Entered: 12/08/2025) |
| 12/10/2025 | 23 | PLAINTIFF'S SUPPLEMENTAL NOTICE REGARDING MAIL DELIVERY FAILURES AND RESULTING LITIGATION PREJUDICE. Document filed by Amari J. Moody. (Attachments: # 1 Exhibit Ex C, # 2 Exhibit Ex D) (jjc) (Entered: 12/12/2025) |
| 12/17/2025 | 24 | PRO SE CONSENT TO RECEIVE ELECTRONIC SERVICE. The following party: Amari Moody consents to receive electronic service via the ECF system. Document filed by Amari J. Moody.(sgz) (Entered: 12/18/2025) |
| 12/22/2025 | 25 | MOTION FOR INITIAL PRETRIAL CONFERENCE. Document filed by Amari J. Moody. (mml) (Entered: 12/22/2025) |
| 12/29/2025 | 26 | ORDER terminating 25 Letter Motion for Conference. The Court will not award "targeted preservation relief." Plaintiff has not plausibly alleged that Defendants are destroying or failing to retain relevant evidence of this lawsuit. And, as noted in the Court's prior Order at Dkt. No. 8, Defendants already have a legal and ethical obligation to retain relevant evidence. The "mail handling" issue referenced by Plaintiff does not indicate otherwise. Furthermore, Plaintiff could have obviated these mailing issues sooner by consenting to receive electronic service once he became aware of the difficulties receiving mail at his provided address. Finally, the Court notes that Defendants' answer to the complaint is due on January 20, 2026. See Dkt. Nos. 18 & 19. An answer is a defendant's first opportunity to respond to the allegations in a complaint. A defendant may also–in lieu of filing an answer–move to dismiss a lawsuit. The Court will issue an appropriate order after Defendants answer or move against the complaint on January 20, 2026, and determine at that stage whether to schedule an Initial Pretrial Conference in this matter. The Clerk of Court is |

| | | |
|---|---|---|
| | | respectfully directed to terminate Dkt. No. 25. SO ORDERED. (Signed by Judge Margaret M. Garnett on 12/29/2025) (mml) (Entered: 01/02/2026) |
| 01/01/2026 | 27 | NOTICE OF PROCEDURAL DEFECT AND PRESERVATION OF OBJECTION. Document filed by Amari J. Moody. (vfr) (Entered: 01/05/2026) |
| 01/01/2026 | 29 | REQUEST FOR ADMINISTRATIVE CLARIFICATION REGARDING NOTICE INTEGRITY, SERVICE, AND MAIL ROUTING. Document filed by Amari J. Moody .(ks) Modified on 1/20/2026 (tro). (Entered: 01/07/2026) |
| 01/02/2026 | 28 | SUPERVISORY NOTICE REGARDING NOTICE INTEGRITY, ACCESS, AND PROCEDURAL ASSUMPTIONS. Document filed by Amari J. Moody. (tp) (Entered: 01/07/2026) |
| 01/02/2026 | | **\*\*\*DELETED DOCUMENT. Deleted document number 30 MEMORANDUM. The document was incorrectly filed in this case. (ks)** (Entered: 01/08/2026) |
| 01/06/2026 | 31 | LETTER addressed to Amari Moody from Ivette M. Rivera–Giusti dated December 17, 2025 re: Claim Submission Inquiry # 846766..(ks) (Entered: 01/07/2026) |
| 01/06/2026 | 32 | SUPPLEMENTAL NOTICE OF AGENCY MISCLASSIFICATION, DELAY, AND PROCEDURAL NONCOMPLIANCE. Document filed by Amari J. Moody..(ks) (Entered: 01/07/2026) |
| 01/08/2026 | 33 | ORDER OF REFERRAL: This action is referred to Magistrate Judge Netburn for the following purpose(s): General Pretrial (includes scheduling, discovery, non–dispositive pretrial motions, and settlement) and Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: Mot to Dismiss. Referred to Magistrate Judge Sarah Netburn. SO ORDERED. (Signed by Judge Margaret M. Garnett on 1/8/2026) (ar) (Entered: 01/08/2026) |
| 01/09/2026 | 34 | MOTION to Vacate ORDERS ENTERED. Document filed by Amari J. Moody.(yv) (Entered: 01/09/2026) |
| 01/16/2026 | 35 | PETITION FOR WRIT OF MANDAMUS filed in the U.S. Court of Appeals for the Second Circuit. Document filed by Amari J. Moody..(nd) (Entered: 01/20/2026) |