UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

AMARI J. MOODY,

                              **Plaintiff,**

         -against-

NEW YORK INSTITUTE OF TECHNOLOGY
and TIFFANI HINDS,

                         **Defendants.**

------------------------------------------------------------------X

**25-CV-08730 (MMG)(SN)**

**ORDER**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:___ 1/22/2026

**SARAH NETBURN, United States Magistrate Judge**:

On January 20, 2026, Defendants filed a Motion to Dismiss the Complaint. ECF No. 39.

Pursuant to Local Civil Rule 6.1., Plaintiff shall file his opposition by no later than Tuesday,

February 3, 2026. Defendants may file a reply seven days after service of Plaintiff's opposition

papers.

Further, the Court will not hold an initial pretrial conference until Defendants' Motion to

Dismiss is decided. Accordingly, the Court will not authorize discovery at this time.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      January 22, 2026
                New York, New York