UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

AMARI J. MOODY,

                                        Plaintiff,                          25-CV-08730 (MMG)(SN)

                    -against-                                               **ORDER**

NEW YORK INSTITUTE OF TECHNOLOGY
and TIFFANI HINDS,

                                        Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        Plaintiff, proceeding *pro se*, filed a "notice of defense counsel's misconduct," alleging

that Defense counsel improperly attempted to interfere with the subpoena process. See ECF No.

80. Per the Court's orders, discovery has not been authorized at this time. See ECF No. 51, 69 at

2. Plaintiff thus cannot serve discovery demands or subpoenas until after the Court has addressed

Defendants' pending motion to dismiss. Because Defense counsel's statements are consistent

with the Court's prior rulings, sanctions against Defense counsel are not warranted.

**SO ORDERED.**

                                                                    _____
                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:          February 5, 2026
                New York, New York