UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2026

AMARI J. MOODY,

                              Plaintiff,

              -against-

NEW YORK INSTITUTE OF TECHNOLOGY and
TIFFANI HINDS,

                              Defendants.

25-CV-08730 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

The Court assumes familiarity with the facts and procedural history of this matter.

On January 8, 2026, the Court referred general pretrial matters and motions to dismiss to the Honorable Sarah Netburn. Dkt. No. 33. Defendants moved to dismiss on January 20, 2026. Dkt. No. 39. Plaintiff has filed numerous motions that fall within the referral order. *See, e.g.* Dkt. Nos. 56–57, 59–67, 70, 75–76, 80, 89–90. 95–96, 100, 104

Yesterday, Judge Netburn issued a report and recommendation (the "R&R") addressing Defendants' motion to dismiss and many of Plaintiffs' motions. Per the R&R, objections are due by July 13, 2026. Replies to objections are due by July 27, 2026.

This Order serves as a clarification and warning. Each party may file precisely **one** objection and **one** reply. That is all. Once a party files its objection, the Court will not consider, address, or respond to *any* subsequently filed objection to the R&R by that party. Likewise, once a party files a reply to another party's objection, the Court will not consider, address, or respond to *any* subsequently filed replies by that party. Second, third, fourth, *etc.* filings that purport to object to the R&R or assail an opposing parties' objection <u>will not be considered</u>.

The Court strongly encourages the parties to think carefully and deliberately before submitting their respective objection or reply.

Dated: June 30, 2026
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge