USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

**AMARI J. MOODY,**

**Plaintiff,**

**-against-**

**NEW YORK INSTITUTE OF TECHNOLOGY and TIFFANI HINDS,**

**Defendants.**

---------------------------------------------------------------X

**25-CV-08730 (MMG)(SN)**

**<u>ORDER</u>**

**SARAH NETBURN, United States Magistrate Judge:**

On August 31, 2026, the Honorable Margaret M. Garnett granted Defendants' motion to dismiss *pro se* plaintiff's complaint. ECF No. 125. In that Opinion & Order, Judge Garnett granted Plaintiff leave to amend. <u>Id.</u> Plaintiff's amended complaint was due September 18, 2026. <u>Id.</u> To date, Plaintiff has not filed an amended complaint.

If Plaintiff does not submit an amended complaint or otherwise notify the Court as to his status by October 19, 2026, the Court will direct the Clerk of Court to close this case.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 5, 2026
New York, New York